# EXHIBIT 3



**LEONARD CARDER, LLP**
1188 Franklin St., Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Fax: (415) 771-7010
www.leonardcarder.com

Representing Unions, Workers, and Benefit Plans

File No. 777-2

October 8, 2019

<u>*Via Email & U.S. Mail*</u>

Kim Robinson
Assistant U.S. Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

      **RE:**   *Scalia v. ILWU* – Meet and Confer re Responses to ILWU's Request for Production Set One, Requests 1 and 2

Dear Kim:

    I am writing to meet and confer with you about several issues regarding DOL's production of documents in response to Requests 1 and 2 in ILWU's Requests for Production Set One. Please provide answers to the following:

1. Multiple pages appear to have material redacted. The redacted words or lines contain initials such as "PII" (e.g., USA0279, USA0280, USA0284) or "DP" (e.g., USA08230). What do "PII" and "DP" mean? Are these the only categories of material you have redacted? If not, please identify all other categories.

2. Most if not all of the material marked PII appears to be contact information for witnesses, which is not privileged and is a proper subject of discovery. Please provide unredacted versions of all of the documents marked PII.

3. The documents produced by DOL begin at page USA0107. Where and what are pages USA001 through 106?

4. Other pages are also missing. For example, the documents jump from USA00286 to 00291, from USA02121 to 02140, and from USA02651 to 02674. These are just a few examples. Please provide an accounting of which pages are missing and why.

    Your prompt response is appreciated.

                                    Very truly yours,
                                    LEONARD CARDER, LLP

                        By: _____
                                    Eleanor Morton

opeiu-29-afl-cio(268)/LR