# EXHIBIT 4



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*(415) 436-7298*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*
*FAX:(415) 436-6748*

October 22, 2019

Eleanor Morton
1188 Franklin St., Suite 201
San Francisco, CA 94109

      Re:    ILWU's October 8, 2019 Meet and Confer Letter

Dear Eleanor:

I write to respond to your October 8, 2019, meet and confer letter.  Below is further information on the four issues you raised.

1. Multiple pages appear to have material redacted. The redacted words or lines contain initials such as "PII" (e.g., USA0279, USA0280, USA0284) or "DP" (e.g., USA08230). What do "PII" and "DP" mean? Are these the only categories of material you have redacted? If not, please identify all other categories.

"AC" indicates information withheld under Attorney Client privilege.
"DP" indicates information withheld under the Deliberative Process privilege.
"IF" indicates information withheld under the Investigative Files privilege, which Plaintiff used to withhold internal conference lines used and still in use for conference calls during investigations and litigation.
"PII" indicates information withheld because it is personally identifiable information.

2. Most if not all of the material marked PII appears to be contact information for witnesses, which is not privileged and is a proper subject of discovery. Please provide unredacted versions of all of the documents marked PII.

Consistent with the Federal Rules, the Privacy Act, and internal Department of Labor guidelines, the Department is under a duty not to disclose PII in its custody.  In August, the parties reached an agreement that the Panama Division cedula numbers would be protected under a protective agreement filed on 8-19-19.  Subsequently, the Department furnished the unredacted version of the documents that ILWU requested.  With your concurrence that the other information withheld

Eleanor Morton
10/22/19
Page | 2

as personally identifiable information is also covered under the protective order, the Department will furnish unredacted versions of those documents as well. Please confirm the latter.

3. The documents produced by DOL begin at page USA0107. Where and what are pages USA001 through 106?

4. Other pages are also missing. For example, the documents jump from USA00286 to 00291, from USA02121 to 02140, and from USA02651 to 02674. These are just a few examples. Please provide an accounting of which pages are missing and why.

In response to questions 3 and 4, in order to process the large number of documents that were potentially implicated by Requests 1 and 2 of Defendant's First Set of Requests for Production, the Department uploaded all the documents as they were found in various locations. Per the agreement between the Parties, the Department withheld those documents that it believed were subject to the privileges under the four categories above. Bates-numbered pages USA000001 to USA000107 are subject to the Deliberative Process privilege. This accounts for the other gaps between the other documents as well.

                                                Very truly yours,

                                                DAVID L. ANDERSON
                                                United States Attorney

By:    */s/ Kimberly A. Robinson*
          KIMBERLY A. ROBINSON
          Assistant United States Attorney