# EXHIBIT 5



REPRESENTING UNIONS, WORKERS, AND BENEFIT PLANS

**LEONARD CARDER, LLP**
1188 Franklin St., Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Fax: (415) 771-7010
www.leonardcarder.com

File No. 777-2

October 28, 2019

*Via E-Mail & U.S. Mail*

Kim Robinson
Assistant U.S. Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Re:   *Scalia v. ILWU;* **19-cv-02103-DMR**

Dear Counsel:

I am writing in response to your letter of October 22, 2019.

First, you ask ILWU to confirm that personal identifying information redacted from DOL's production is subject to the protective order. I so confirm. Please produce un-redacted versions of all such documents promptly.

Second, you state that the gaps in the Bates ranges of DOL's production reflect documents withheld pursuant to the deliberative process privilege. The volume of documents withheld on this basis, totaling hundreds of pages, causes us to be concerned that non-privileged documents and non-privileged portions of documents have also been withheld. Pursuant to the parties' earlier stipulation, we are requesting a privilege log for the documents withheld under the deliberative process privilege. We propose DOL provide the log by November 12. If that date is a problem, please feel free to propose an alternative.

Very truly yours,

LEONARD CARDER, LLP

By:_____
Eleanor Morton

opeiu-29-afl-cio(268)/NB

