# EXHIBIT 7



**LEONARD CARDER, LLP**
1188 Franklin St., Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Fax: (415) 771-7010
www.leonardcarder.com

File No. 777-2

REPRESENTING UNIONS, WORKERS, AND BENEFIT PLANS

November 26, 2019

***Via Email & U.S. Mail***

Kim Robinson
Assistant U.S. Attorney, Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

> **RE:** *Scalia v. ILWU* – **Meet and Confer re Responses to ILWU's Request for Production Set One, Requests 1 and 2**

Dear Kim:

Thank you for the privilege log addressing documents responsive to Requests 1 and 2 in ILWU's Requests for Production Set One that DOL has withheld based on the deliberative process privilege. We are writing to meet and confer with you about the log and the documents withheld. As explained below, many of the documents do not appear to qualify for the privilege. We request that these be produced without delay. In addition, the log is deficient in several respects explained below and must be revised.

> **1.    Documents authored by or sent to union members or staff are not privileged and must be produced.**

The privilege log identifies as privileged the following four documents authored by union officials or staff or which DOL sent to a union official:

|    | USA Bates start | Date | Pages withheld | Author | Sent to | Document Description/Title |
|----|------|------|------|--------|---------|---------------------------|
| 1. | 4465 | 2/26/19 | 3 | Alvaro Moreno C. | Regina Diaz | Email communication – Re: RE: ILWU election |
| 2. | 4984 | 2/26/19 | 4 | Regina Diaz | Alvaro Moreno C. | Email communication – Re: RE: ILWU election |
| 3. | 6811 | 3/11/19 | 1 | Russ Bargmann | -[unknown] | Attachment - List of Panama Ballots with Full Names Analysis |
| 4. | 8090 | 3/11/19 | 1 | Russ Bargmann | -[unknown] | Attachment – Exhibit List of Panama Ballots with Full Names Analysis |

Alvaro Moreno is an officer of Panama Canal Pilots Union. Russ Bargmann is a staff member of ILWU.

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 2*

The deliberative process privilege shields from disclosure **inter-agency** memoranda on matters of law or policy. *Nat'l Wildlife Fed'n v. U.S. Forest Serv*., 861 F.2d 1114, 1116 (9th Cir. 1988), emphasis added.   The above documents are not "inter-agency" memoranda or communications.  Therefore, the privilege does not apply.

DOL also asserts that items 1 and 2 above (Bates USA4465 through 4467 and Bates USA4984 through 4987 respectively) were withheld under a purported "Investigative Files Privilege."   The purpose of the law enforcement privilege is to "prevent disclosure of law enforcement techniques and procedures, to preserve the confidentiality of sources, to protect witness and law enforcement personnel, to safeguard the privacy of individuals involved in an investigation, and otherwise to prevent interference with an investigation." *Brooks v. Cty. Of San Joaquin,* 275 F.R.D. 528, 532-533 (E.D. Cal. 2011).   Here, there is no law enforcement investigation, no current administrative investigation, and the identities of Russ Bargmann and Alvaro Moreno have been disclosed.  The privilege does not apply. *See In re Dep't of Investigation of City of New York*, 856 F.2d 481, 484 (2d Cir. 1988); *Perez v. Guardian Roofing LLC*, No. 3:15-CV-05623-RJB, 2016 WL 1408029 at 3-4 (W.D. Wash. Apr. 11, 2016).

Please produce the four documents identified above.

## 2.     Documents created after DOL made its administrative findings are not privileged and must be produced.

On February 6, 2019, DOL issued a letter announcing the administrative findings that underlie DOL's claims in this litigation.  The deliberative process privilege only applies to documents that are "pre-decisional." *Bay Area Lawyers All. for Nuclear Arms Control v. Dep't of State,* 818 F. Supp. 1291, 1297, 1300 (N.D. Cal. 1992).  Further, explanations or interpretations of an existing decision are not protected under the deliberative process privilege. *Martin v. Valley Nat. Bank of Arizona*, 140 F.R.D. 291, 303 (S.D.N.Y. 1991).

Yet DOL has withheld at least 143 documents created *after* February 6, 2019:

|     | USA Bates start | Date | Pages withheld | Author | Document Description/Title |
|-----|------|------|------|--------|------|
| 5.  | 2009 | 2/7/19 | 1 | Regina Diaz | Email communication – Re: Plan B Memo |
| 6.  | 2010 | 2/7/19 | 1 | - | Attachment - Plan B Memo.pdf |
| 7.  | 5801 | 2/7/19 | 1 | - | Attachment - Plan B Memo.pdf |
| 8.  | 6264 | 2/7/19 | 1 | - | Memo re: Plan B |
| 9.  | 5713 | 2/7/19 | 1 | Brian Pifer | Email communication – Re: Re: Case memo re: ILWU |
| 10. | 6597 | 2/7/19 | 1 | Regina Diaz | Email communication – Re: Plan B Memo |
| 11. | 1869 | 2/8/19 | 1 | Tracy Shanker | Email communication - Re: FW: Plan B Memo |
| 12. | 1870 | 2/8/19 | 2 | Tracy Shanker | Email communication - Re: FW: Plan B Memo |
| 13. | 2011 | 2/8/19 | 2 | Tracy Shanker | Email communication - Re: Plan B Memo |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 3*

| | | | | | |
|---|---|---|---|---|---|
| 14. | 4508 | 2/8/19 | 1 | Tracy Shanker | Email communication - Re: RE: Interview with Maralin Falik |
| 15. | 4533 | 2/8/19 | 2 | Tracy Shanker | Email communication - Re: RE: Plan B Memo |
| 16. | 5804 | 2/8/19 | 1 | Tracy Shanker | Email communication - Re: Fw: Plan B Memo |
| 17. | 5805 | 2/8/19 | 2 | Tracy Shanker | Email communication - Re: Fw: Update on ILWU |
| 18. | 6598 | 2/8/19 | 2 | Regina Diaz | Email communication - Re: Re: Plan B Memo |
| 19. | 6600 | 2/8/19 | 2 | Regina Diaz | Email communication - Re: Re: Plan B Memo |
| 20. | 4602 | 2/11/19 | 7 | - | Attachment – ILWU.GES.Records Review Memo for lead.pdf |
| 21. | 2461 | 2/11/19 | 7 | - | Attachment – ILWU.GES.Records Review Memo for lead.pdf |
| 22. | 8228 | 2/19/19 | 2 | Brian Pifer | Email communication - Re: box of ballots shipped by Salas |
| 23. | 6416 | 2/19/19 | 2 | Tracy Shanker | Email communication - box of ballots shipped by Salas |
| 24. | 5935 | 2/19/19 | 2 | Tracy Shanker | Email communication - Re: box of ballots |
| 25. | 6518 | 2/19/19 | 1 | Tracy Shanker | Email communication – Re: RE: ILWU PCPU Dues Checkoff Report |
| 26. | 6519 | 2/19/19 | 1 | Regina Diaz | Email communication – Re: RE: ILWU PCPU Dues Checkoff Report |
| 27. | 6302 | 2/20/19 | 4 | Tracy Shanker | Timeline_ILWU.docx |
| 28. | 5601 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU.docx |
| 29. | 5955 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU.docx |
| 30. | 6306 | 2/20/19 | 4 | Tracy Shanker | Timeline_ILWU_2-20-19.docx |
| 31. | 5947 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 32. | 6337 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 33. | 6782 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline.docx |
| 34. | 6913 | 2/20/19 | 1 | Tracy Shanker | Email communication – Re: Review this timeline instead |
| 35. | 6914 | 2/20/19 | 4 | Tracy Shanker | Attachment - Timeline_ILWU_2-20-19.docx |
| 36. | 5571 | 2/20/19 | 1 | Regina Diaz | Email communication – Re: RE: times |
| 37. | 6237 | 2/21/19 | 5 | Tracy Shanker | National Office Investogator [sic] Notes |
| 38. | 4664 | 2/21/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 39. | 4672 | 2/21/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 40. | 6310 | 2/21/19 | 4 | Tracy Shanker | Timeline_ILWU_2-21-19.docx |
| 41. | 4054 | 2/21/19 | 1 | Tracy Shanker | Email communication - Re: box of ballots shipped by Salas |
| 42. | 6414 | 2/21/19 | 2 | Regina Diaz | Email communication - Re: box of ballots shipped by Salas |
| 43. | 5961 | 2/21/19 | 1 | Brian Pifer | Email communication - Re: RE: Campaigning in Panama |
| 44. | 8079 | 2/21/19 | 1 | Stephen Willertz | Email communication - Re: RE: Campaigning in Panama |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 4*

| 45. | 8081 | 2/22/19 | 1 | Stephen Willertz | Email communication - Re: RE: Campaigning in Panama |
|-----|------|---------|---|------------------|------------------------------------------------------|
| 46. | 1817 | 2/25/19 | 1 | Tracy Shanker | Email communication – Re: witness interviews |
| 47. | 1813 | 2/26/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of M Falik |
| 48. | 4465 | 2/26/19 | 3 | Alvaro Moreno C. | Email communication – Re: Re: ILWU election |
| 49. | 4984 | 2/26/19 | 4 | Regina Diaz | Email communication – Re: RE: ILWU election |
| 50. | 6527 | 2/27/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-21-19.docx |
| 51. | 6408 | 2/28/19 | 2 | Regina Diaz | Email communication - Re: box of ballots shipped by Salas |
| 52. | 4048 | 2/28/19 | 2 | Tracy Shanker | Email communication - Re: box of ballots shipped by Salas |
| 53. | 6980 | 2/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 54. | 6350 | 2/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 55. | 6976 | 2/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 56. | 6346 | 2/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 57. | 6972 | 3/1/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 58. | 5998 | 3/1/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R |
| 59. | 6968 | 3/1/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 60. | 5994 | 3/1/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 61. | 6421 | 3/1/19 | 3 | Regina Diaz | Email communication - box of ballots shipped by Salas |
| 62. | 4052 | 3/1/19 | 2 | Tracy Shanker | Email communication - Re: box of ballots shipped by Salas |
| 63. | 6355 | 3/6/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 64. | 6117 | 3/6/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 65. | 2251 | 3/6/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 66. | 6359 | 3/6/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R 2019-02-27 |
| 67. | 6121 | 3/6/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R 2019-02-27 |

| 68. | 2255 | 3/6/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R 2019-02-27 |
|---|---|---|---|---|---|
| 69. | 6229 | 3/7/19 | 4 | Tracy Shanker | National Office Investogator [sic] Notes |
| 70. | 6924 | 3/8/19 | 6 | Tracy Shanker | Attachment - Timeline_ILWU_3-8-19.docx |
| 71. | 6320 | 3/8/19 | 6 | Tracy Shanker | Timeline_ILWU_3-8-19.docx |
| 72. | 6314 | 3/8/19 | 6 | Tracy Shanker | Timeline_ILWU_3-5-19.docx |
| 73. | 8141 | 3/8/19 | 2 | Stephen Willertz | Email communication – Re: report on case development |
| 74. | 8139 | 3/8/19 | 2 | Tracy Shanker | Email communication – Re: report on case development |
| 75. | 7783 | 3/8/19 | 1 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 76. | 2221 | 3/8/19 | 1 | Kenric Michel | Email communication – Re: list comparison |
| 77. | 7894 | 3/8/19 | 1 | Regina Diaz | Email communication – Re: ILWU witnesses |
| 78. | 8090 | 3/11/19 | 1 | Russ Bargmann | Attachment – Exhibit List of Panama Ballots with Full Names Analysis |
| 79. | 6811 | 3/11/19 | 1 | Russ Bargmann | Attachment - List of Panama Ballots with Full Names Analysis |
| 80. | 6165 | 3/11/19 | 1 | William Mitchell | GovtList Analysis |
| 81. | 6064 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList Analysis |
| 82. | 3996 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList Analysis |
| 83. | 2660 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList Analysis |
| 84. | 3999 | 3/11/19 | 1 | William Mitchell | Attachment- Combined- PanamaPorts and SerList Analysis |
| 85. | 6623 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList plus PananaPorts [sic]Analysis |
| 86. | 6163 | 3/11/19 | 1 | William Mitchell | GovtList plus PananaPorts [sic]Analysis |
| 87. | 6164 | 3/11/19 | 1 | William Mitchell | GovtList plus SerList Analysis |
| 88. | 6166 | 3/11/19 | 1 | William Mitchell | PanamaPorts-Scan Analysis |
| 89. | 6065 | 3/11/19 | 1 | William Mitchell | Attachment- PanamaPorts-Scan Analysis |
| 90. | 2661 | 3/11/19 | 1 | William Mitchell | Attachment- PanamaPorts-Scan Analysis |
| 91. | 6169 | 3/11/19 | 1 | William Mitchell | TBL-GovtList-MatchTO-SerList Analysis |
| 92. | 6168 | 3/11/19 | 1 | William | TBL-GovtList-MatchTO-PanamaPortsList Analysis |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 6*

| | | | | | |
|---|---|---|---|---|---|
| | | | | Mitchell | |
| 93. | 2671 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList Analysis |
| 94. | 6066 | 3/11/19 | 1 | William Mitchell | Attachment- SerList-AllPages Analysis |
| 95. | 2662 | 3/11/19 | 1 | William Mitchell | Attachment- SerList-AllPages Analysis |
| 96. | 6167 | 3/11/19 | 1 | William Mitchell | SerList-AllPages Analysis |
| 97. | 6074 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList Analysis |
| 98. | 6075 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList Analysis |
| 99. | 2672 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList Analysis |
| 100. | 6071 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList-All_Listed Analysis |
| 101. | 2667 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList-All_Listed Analysis |
| 102. | 6162 | 3/11/19 | 1 | William Mitchell | Copy of TBL-GovtList-MatchTO-SerList-ALL_Listed Analysis |
| 103. | 6070 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList_ALL_Listed Analysis |
| 104. | 6161 | 3/11/19 | 1 | William Mitchell | Copy of TBL-GovtList-MatchTO-PanamaPortsList_ALL_Listed Analysis |
| 105. | 2666 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList_ALL_Listed Analysis |
| 106. | 6620 | 3/11/19 | 3 | Stephen Willertz | Email communication – Re: cross-reference of documents |
| 107. | 2657 | 3/11/19 | 3 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 108. | 8087 | 3/11/19 | 3 | Regina Diaz | Email communication – Re: RE: Cross-referencing member data |
| 109. | 6085 | 3/12/19 | 7 | William Mitchell | Email communication – Re: cross-reference of documents |
| 110. | 4543 | 3/12/19 | 7 | William Mitchell | Email communication – Re: cross-reference of documents |
| 111. | 4535 | 3/12/19 | 7 | William Mitchell | Email communication – Re: cross-reference of documents |
| 112.. | 6602 | 3/12/19 | 7 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 113. | 5511 | 3/12/19 | 7 | Regina Diaz | Email communication – Re: cross-reference of documents |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 7*

| 114. | 4550 | 3/12/19 | 7 | Tracy Shanker | Email communication – Re: cross-reference of documents |
|------|------|---------|---|---------------|----------------------------------------------------------|
| 115. | 7777 | 3/12/19 | 6 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 116. | 4657 | 3/12/19 | 6 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 117. | 6609 | 3/12/19 | 6 | Stephen Willertz | Email communication – cross-reference of documents |
| 118. | 2652 | 3/12/19 | 5 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 119. | 6615 | 3/12/19 | 5 | William Mitchell | Email communication – Re: cross-reference of documents |
| 120. | 6084 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-CedulaMatchesBetweenGovtList-AND-SerList Analysis |
| 121. | 1878 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-CedulaMatchesBetweenGovtList-AND-SerList Analysis |
| 122. | 4663 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-CedulaMatchesBetweenGovtList-AND-SerList Analysis |
| 123. | 4542 | 3/12/19 | 1 | William Mitchell | Attachment- PanamaPortsWithCedula Analysis |
| 124. | 6092 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList-Updated 3-12-19 Analysis |
| 125. | 1872 | 3/12/19 | 5 | Tracy Shanker | Email communication – Re: cross-referencing documents |
| 126. | 6808 | 3/12/19 | 3 | Regina Diaz | Email communication – Re: FW: Cross-referencing member data |
| 127. | 2245 | 3/13/19 | 4 | Kenric Michel | Email communication – Re: RE: Cross-referencing member data |
| 128. | 2152 | 3/13/19 | 4 | Kenric Michel | Email communication – Re: FW: Cross-referencing member data |
| 129. | 6101 | 3/13/19 | 1 | William Mitchell | Attachment- TBL-GovtListMatches-TO-Exhibt41-VoterList Analysis |
| 130. | 2156 | 3/13/19 | 1 | William Mitchell | Attachment- TBL-GovtListMatches-TO-Exhibt41-VoterList Analysis |
| 131. | 6481 | 3/13/19 | 1 | Tracy Shanker | Email communication – Re: RE: ILWU |
| 132. | 4653 | 3/14/19 | 4 | Regina Diaz | Email communication – Re: FW: Cross-referencing member data |
| 133. | 4000 | 3/14/19 | 5 | Tracy Shanker | Email communication – Re: RE: Cross-referencing member data |
| 134. | 4770 | 3/14/19 | 4 | Regina Diaz | Email communication – Re: RE: Cross-referencing member data |
| 135. | 2436 | 3/19/19 | 21 | - | Attachment- Draft ILWU Auxiliary ROI [Report of Investigation] |

| 136. | 6960 | 3/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 137. | 6951 | 3/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 138. | 6942 | 3/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 139. | 6964 | 3/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 140. | 6955 | 3/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 141. | 6946 | 3/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 142. | 6153 | 3/29/19 | 5 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 143. | 6754 | 3/29/19 | 5 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 144. | 7012 | 4/3/19 | 5 | Regina Diaz | Attachment- Attachment- [sic] Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 145. | 6179 | 5/2/19 | 5 | Tracy Shanker | Election Case Memo Summary |
| 146. | 6184 | 5/3/19 | 5 | Tracy Shanker | Election Case Memo Summary |
| 147. | 6454 | 5/20/19 | 22 | Regina Diaz | Attachment- Draft ROI [Report of Investigation] 2019-31-08x |

These documents should be produced as they are not pre-decisional.

If DOL contends that these documents are in fact pre-decisional despite being created after Feb. 6, 2019, please explain "what 'decision' the analysis assisted," the date that decision was made, "the deliberative process involved, and the role played by the documents in the course of that process." *Bay Area Lawyers All. for Nuclear Arms Control v. Dep't of State,* 818 F. Supp. 1291, 1297, 1300 (N.D. Cal. 1992) (agency claiming privilege has burden to provide "requisite factual background which would enable the reader to determine what 'decision' the analysis assisted."). As it stands, the privilege log fails to satisfy this obligation. *See* Mag. Judge Ryu's Standing Order § 16 ("Privilege logs must be sufficiently detailed for the opposing party to assess whether the assertion of privilege is justified.").

### 3.   **Documents containing factual information must be produced at least in part.**

Based on the log provided, it appears that DOL has withheld in their entirety hundreds of documents containing factual material. When a document contains both analytical and factual material, the factual material must be produced even if the analysis is properly withheld or redacted. *Bay Area Lawyers,* 818 F. Supp. 1291, 1296; *Martin v. Valley Nat. Bank of Arizona*, 140 F.R.D. 291, 303 (S.D.N.Y. 1991) (holding that factual material that may be severed from the rest of the document is not protected under the deliberative process privilege). The *Bay Area Lawyers* court found it "improbable that long documents are *entirely* 'analytical' and do not contain any

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 9*

segregable *factual* material." 818 F. Supp. at 1300, emphasis supplied.  The burden is on the DOL to establish that all reasonably segregable portions of a document have been segregated and disclosed. *Pac. Fisheries, Inc. v. United States*, 539 F.3d 1143, 1148 (9th Cir. 2008).

Based on the log, the following 211documents appear to contain factual information such as timelines, interview reports, and memos.  These documents should have been produced either in their entirety or with pre-decisional analysis redacted:

| | USA Bates start | Date | Pages withheld | Author | Document Description/Title |
|---|---|---|---|---|---|
| 148. | 1845 | 11/27/18 | 1 | Regina Diaz | Email communication – Re: Final Report ILWU Election Challenge |
| 149. | 2122 | 11/28/18 | 18 | - | Attachment - Draft Opening Memo 2018-11-28 |
| 150. | 1952 | 11/28/18 | 3 | Regina Diaz | Attachment - Draft Opening Memo 2018-11-27 |
| 151. | 2004 | 11/28/18 | 3 | Regina Diaz | Attachment - Draft Opening Memo 2018-11-27 |
| 152. | 2321 | 11/28/18 | 3 | Regina Diaz | Attachment – Attachment- [sic] Draft Opening Memo 2018-11-27 |
| 153. | 0001 | 11/29/18-2/27/19 | 106 | Regina Diaz | Investigator's typed and handwritten notes of interviews |
| 154. | 8265 | 12/3/18 | 2 | Meg Ferris | Email communication – Re: ILWU International, San Francisco, California – International Officer Election Inquiry |
| 155. | 6895 | 12/4/18 | 18 | - | Attachment- ILWU Election Case Opening Memorandum |
| 156. | 7934 | 12/6/18 | 2 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2018-12-06 |
| 157. | 7936 | 12/6/18 | 8 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Bryan |
| 158. | 2283 | 12/7/18 | 8 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Bryan |
| 159. | 1979 | 12/11/18 | 5 | Tracy Shanker | Email communication – Re: RE: DOL Investigation of ILWU Election |
| 160. | 6556 | 12/12/18 | 7 | Kia Gaskins | Email communication – Re: Official International Travel |
| 161. | 6563 | 12/12/18 | 7 | Terri Thomas | Email communication – Re: Official International Travel |
| 162. | 1885 | 12/12/18 | 2 | Gregg Cautero | Email communication – Re: FW: Zero File – 03 ILWU International, San Francisco, CA – International Officer Election Inquiry |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 10*

| 163. | 2188 | 12/12/18 | 2 | Kenric Michel | Email communication – Re: ILWU International, San Francisco, California – International Officer Election Inquiry |
|------|------|----------|---|---------------|---|
| 164. | 2411 | 12/13/18 | 3 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Remar 2018-12-06 |
| 165. | 1771 | 12/13/18 | 3 | Jeff Sorrento | Attachment- Draft Report of Interview (RI) Robert Remar |
| 166. | 1891 | 12/14/18 | 3 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Robert Remar |
| 167. | 2415 | 12/14/18 | 3 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Remar 2018-12-06 |
| 168. | 7716 | 12/14/18 | 2 | Kenric Michel | Email communication – Re: FW: International telephone calls |
| 169. | 8098 | 12/21/18 | 18 | - | Attachment- ILWU Election Case Opening Memo |
| 170. | 2263 | 12/28/18 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2018-12-18 |
| 171. | 4644 | 12/28/18 | 5 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2018-12-18 |
| 172. | 1943 | 12/28/18 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Moreno A 2018-12-20 |
| 173. | 2268 | 12/28/18 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Moreno A 2018-12-20 |
| 174. | 1986 | 1/10/19 | 2 | Tracy Shanker | Email communication – Re: RE: Hand Count – Longshore Election |
| 175. | 2280 | 1/10/19 | 2 | Kenric Michel | Email communication – Re: RE: Hand Count – Longshore Election |
| 176. | 1858 | 1/11/19 | 2 | Tracy Shanker | Email communication – Re: ILWU Ballot Recount |
| 177. | 1765 | 1/11/19 | 2 | Bruce Edgington | Email communication – Re: Fw: ILWU Ballot Recount |
| 178. | 1961 | 1/17/19 | 2 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Burns 2019-01-16 |
| 179. | 1963 | 1/17/19 | 3 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of RI [sic] Mitre 2019-01-11 |
| 180. | 2330 | 1/17/19 | 2 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Burns 2019-01-16 KM2.doc |
| 181. | 2332 | 1/17/19 | 3 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Mitre 2019-01-11 |
| 182. | 2101 | 1/18/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Salas L 2019-01-15 |
| 183. | 2402 | 1/22/19 | 3 | Regina Diaz | Attachment- Attachment- [sic] Draft RI [Report of Interview] of Salas L 2019-01-15 |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 11*

| 184. | 2419 | 1/22/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Salas L 2019-01-15 |
|------|------|---------|---|-------------|------------------------------------------------------------------|
| 185. | 5576 | 1/24/19 | 1 | Regina Diaz | Email communication – Re: RE: voting margins |
| 186. | 5772 | 1/25/19 | 7 | Tracy Shanker | Email communication – Re: FW: Official International Travel |
| 187. | 2067 | 1/25/19 | 11 | Regina Diaz | Attachment – Draft Records Review Memo 2019-01-14 |
| 188. | 6233 | 1/25/19 | 4 | Tracy Shanker | National Office Investogator [sic] Notes |
| 189. | 6570 | 1/25/19 | 7 | Kenric Michel | Email communication – Re: Official International Travel |
| 190. | 6226 | 1/28/19 | 2 | Tracy Shanker | Notes from 12-3-18 early case consult.docx |
| 191. | 2778 | 1/28/19 | 2 | Tracy Shanker | Email communication – Re: ILWU International, San Francisco, California – International Officer Election Inquiry |
| 192. | 1931 | 1/23/19 | 11 | Regina Diaz | Attachment- Records Review Memo 2019-01-14 |
| 193. | 2342 | 1/28/19 | 13 | Regina Diaz | Attachment- Draft Records Review Memo 2019-01-14 |
| 194. | 2110 | 1/28/19 | 1 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Ortiz 2019-01-25 |
| 195. | 2407 | 1/28/19 | 1 | Jeff Sorrento | Attachment- Attachment- [sic] Draft RI [Report of Interview] of Ortiz 2019-01-25 |
| 196. | 4688 | 1/29/19 | 3 | Jeff Sorrento | Attachment- Draft RI [Report of Interview] of Remar 2018-12-06 |
| 197. | 4713 | 1/29/19 | 2 | Regina Diaz | Attachment- Draft Memo re ILWU Hearing and Exhibits 2019-01-29 |
| 198. | 4630 | 1/29/19 | 12 | Regina Diaz | Attachment- Draft Records Review Memo 2019-01-14 |
| 199. | 0287 | 1/29/19 | 2 | Regina Diaz | Memorandum re Contacts to Panama |
| 200. | 4628 | 1/29/19 | 2 | Regina Diaz | Attachment- Draft Memo re Calls To Panama 2019-01-25 |
| 201. | 1977 | 1/29/19 | 2 | Regina Diaz | Attachment- Draft Memo re Calls To Panama2019-01-25 [sic] |
| 202. | 4711 | 1/29/19 | 2 | Regina Diaz | Attachment- Draft Memo re Calls To Panama 2019-01-25 |
| 203. | 0242 | 1/29/19 | 1 | Regina Diaz | Memorandum re ILWU Slates 2018 |
| 204. | 4691 | 1/29/19 | 20 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 205. | 0226 | 1/30/19 | 16 | Regina Diaz | Records Review Memorandum |
| 206. | 5839 | 1/30/19 | 13 | Regina Diaz | Attachment- Attachment- [sic] Draft Records |

| | | | | | Review Memo 2019-01-14 |
|---|---|---|---|---|---|
| 207. | 6710 | 1/30/19 | 13 | Regina Diaz | Attachment- Draft Records Review Memo 2019-01-14.docx |
| 208. | 0289 | 1/30/19 | 2 | Regina Diaz | Memorandum re Hearing and Exhibits re Panama |
| 209. | 0407 | 1/30/19 | 1 | - | Memorandum re Prior IBC and IPEC nominations at ILWU Conventions |
| 210. | 2017 | 1/30/19 | 22 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 211. | 2040 | 1/30/19 | 22 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 212. | 2080 | 1/30/19 | 20 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 213. | 2196 | 1/30/19 | 21 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 214. | 2380 | 1/30/19 | 21 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 215. | 5538 | 1/30/19 | 21 | Regina Diaz | Attachment- Draft ROI [Report of Investigation] 2019-01-08 |
| 216. | 2166 | 1/30/19 | 19 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 217. | 4980 | 1/30/19 | 2 | Regina Diaz | Email communication – Re: RE: ILWU ballot count |
| 218. | 0118 | 1/31/19 | 20 | - | Report of Investigation (ROI) prepared by OLMS for review by the National Office and Solicitor's Office |
| 219. | 0138 | 1/31/19 | 2 | - | ROI Exhibits.pdf |
| 220. | 5813 | 1/31/19 | 22 | Regina Diaz | Attachment- Draft ROI [Report of Investigation] 2019-31-08 [sic] |
| 221. | 2357 | 1/31/19 | 22 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-01-08 |
| 222. | 7903 | 1/31/19 | 22 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] 2019-31-08  [sic] |
| 223. | 1819 | 1/31/19 | 22 | Regina Diaz | Attachment – Draft ROI [Report of Investigation] |
| 224. | 7925 | 1/31/19 | 4 | Regina Diaz | Attachment – Draft Analysis and Recommendation Memo 2019-01-31 |
| 225. | 6228 | 2/5/19 | 1 | Tracy Shanker | Notes while drafting agenda-ILWU.docx |
| 226. | 0412 | 2/6/19 | 1 | Regina Diaz | Memorandum re Plan B |
| 227. | 6264 | 2/7/19 | 1 | - | Memo re: Plan B |
| 228. | 2009 | 2/7/19 | 1 | Regina Diaz | Email communication - Re Plan B Memo |
| 229. | 2010 | 2/7/19 | 1 | - | Attachment- Plan B Memo.pdf |

| 230. | 5801 | 2/7/19 | 1 | - | Attachment- Plan B Memo.pdf |
|---|---|---|---|---|---|
| 231. | 5805 | 2/8/19 | 2 | Tracy Shanker | Email communication - Re: FW: Update on ILWU |
| 232. | 2461 | 2/11/19 | 7 | - | Attachment – ILWU.GES.Records Review Memo for lead.pdf |
| 233. | 4602 | 2/11/19 | 7 | - | Attachment – ILWU.GES.Records Review Memo for lead.pdf |
| 234. | 8228 | 2/19/19 | 2 | Brian Pifer | Email communication - Re: box of ballots shipped by Salas |
| 235. | 6416 | 2/19/19 | 2 | Tracy Shanker | Email communication - box of ballots shipped by Salas |
| 236. | 5935 | 2/19/19 | 2 | Tracy Shanker | Email communication - Re: box of ballots |
| 237. | 6518 | 2/19/19 | 1 | Tracy Shanker | Email communication – Re: RE: ILWU PCPU Dues Checkoff Report |
| 238. | 6519 | 2/19/19 | 1 | Regina Diaz | Email communication – Re: RE: ILWU PCPU Dues Checkoff Report |
| 239. | 6302 | 2/20/19 | 4 | Tracy Shanker | Timeline_ILWU.docx |
| 240. | 5601 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU.docx |
| 241. | 5955 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU.docx |
| 242. | 6306 | 2/20/19 | 4 | Tracy Shanker | Timeline_ILWU_2-20-19.docx |
| 243. | 5947 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 244. | 6337 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 245. | 6782 | 2/20/19 | 4 | Tracy Shanker | Attachment- Timeline.docx |
| 246. | 6913 | 2/20/19 | 1 | Tracy Shanker | Email communication – Re: Review this timeline instead |
| 247. | 6914 | 2/20/19 | 4 | Tracy Shanker | Attachment - Timeline_ILWU_2-20-19.docx |
| 248. | 6237 | 2/21/19 | 5 | Tracy Shanker | National Office Investogator [sic] Notes |
| 249. | 4664 | 2/21/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 250. | 4672 | 2/21/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-20-19.docx |
| 251. | 6310 | 2/21/19 | 4 | Tracy Shanker | Timeline_ILWU_2-21-19.docx |

| 252. | 4054 | 2/21/19 | 1 | Tracy Shanker | Email communication - Re: box of ballots shipped by Salas |
|---|---|---|---|---|---|
| 253. | 6414 | 2/21/19 | 2 | Regina Diaz | Email communication - Re: box of ballots shipped by Salas |
| 254. | 5961 | 2/21/19 | 1 | Brian Pifer | Email communication - Re: RE: Campaigning in Panama |
| 255. | 8079 | 2/21/19 | 1 | Stephen Willertz | Email communication - Re: RE: Campaigning in Panama |
| 256. | 8081 | 2/22/19 | 1 | Stephen Willertz | Email communication - Re: RE: Campaigning in Panama |
| 257. | 1817 | 2/25/19 | 1 | Tracy Shanker | Email communication – Re: witness interviews |
| 258. | 1813 | 2/26/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of M Falik |
| 259. | 4465 | 2/26/19 | 3 | Alvaro Moreno C. | Email communication – Re: Re: ILWU election |
| 260. | 4984 | 2/26/19 | 4 | Regina Diaz | Email communication – Re: RE: ILWU election |
| 261. | 6527 | 2/27/19 | 4 | Tracy Shanker | Attachment- Timeline_ILWU_2-21-19.docx |
| 262. | 6408 | 2/28/19 | 2 | Regina Diaz | Email communication - Re: box of ballots shipped by Salas |
| 263. | 4048 | 2/28/19 | 2 | Tracy Shanker | Email communication - Re: box of ballots shipped by Salas |
| 264. | 6980 | 2/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 265. | 6350 | 2/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 266. | 6976 | 2/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 267. | 6346 | 2/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 268. | 6972 | 3/1/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 269. | 5998 | 3/1/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R |
| 270. | 6968 | 3/1/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 271. | 5994 | 3/1/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 272. | 6421 | 3/1/19 | 3 | Regina Diaz | Email communication - box of ballots shipped by Salas |
| 273. | 4052 | 3/1/19 | 2 | Tracy | Email communication - Re: box of ballots |

| | | | | Shanker | shipped by Salas |
|---|---|---|---|---|---|
| 274. | 6355 | 3/6/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 275. | 6117 | 3/6/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 276. | 2251 | 3/6/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 277. | 6359 | 3/6/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R 2019-02-27 |
| 278. | 6121 | 3/6/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R 2019-02-27 |
| 279. | 2255 | 3/6/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R 2019-02-27 |
| 280. | 6229 | 3/7/19 | 4 | Tracy Shanker | National Office Investogator [sic] Notes |
| 281. | 6924 | 3/8/19 | 6 | Tracy Shanker | Attachment - Timeline_ILWU_3-8-19.docx |
| 282. | 6320 | 3/8/19 | 6 | Tracy Shanker | Timeline_ILWU_3-8-19.docx |
| 283. | 6314 | 3/8/19 | 6 | Tracy Shanker | Timeline_ILWU_3-5-19.docx |
| 284. | 8141 | 3/8/19 | 2 | Stephen Willertz | Email communication – Re: report on case development |
| 285. | 8139 | 3/8/19 | 2 | Tracy Shanker | Email communication – Re: report on case development |
| 286. | 7783 | 3/8/19 | 1 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 287. | 2221 | 3/8/19 | 1 | Kenric Michel | Email communication – Re: list comparison |
| 288. | 7894 | 3/8/19 | 1 | Regina Diaz | Email communication – Re: ILWU witnesses |
| 289. | 8090 | 3/11/19 | 1 | Russ Bargmann | Attachment – Exhibit List of Panama Ballots with Full Names Analysis |
| 290. | 6811 | 3/11/19 | 1 | Russ Bargmann | Attachment - List of Panama Ballots with Full Names Analysis |
| 291. | 6165 | 3/11/19 | 1 | William Mitchell | GovtList Analysis |
| 292. | 6064 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList Analysis |
| 293. | 3996 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList Analysis |
| 294. | 2660 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList Analysis |
| 295. | 3999 | 3/11/19 | 1 | William | Attachment- Combined- PanamaPorts and |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 16*

| | | | | Mitchell | SerList Analysis |
|---|---|---|---|---|---|
| 296. | 6623 | 3/11/19 | 1 | William Mitchell | Attachment- GovtList plus PananaPorts [sic]Analysis |
| 297. | 6163 | 3/11/19 | 1 | William Mitchell | GovtList plus PananaPorts [sic]Analysis |
| 298. | 6164 | 3/11/19 | 1 | William Mitchell | GovtList plus SerList Analysis |
| 299. | 6166 | 3/11/19 | 1 | William Mitchell | PanamaPorts-Scan Analysis |
| 300. | 6065 | 3/11/19 | 1 | William Mitchell | Attachment- PanamaPorts-Scan Analysis |
| 301. | 2661 | 3/11/19 | 1 | William Mitchell | Attachment- PanamaPorts-Scan Analysis |
| 302. | 6169 | 3/11/19 | 1 | William Mitchell | TBL-GovtList-MatchTO-SerList Analysis |
| 303. | 6168 | 3/11/19 | 1 | William Mitchell | TBL-GovtList-MatchTO-PanamaPortsList Analysis |
| 304. | 2671 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList Analysis |
| 305. | 6066 | 3/11/19 | 1 | William Mitchell | Attachment- SerList-AllPages Analysis |
| 306. | 2662 | 3/11/19 | 1 | William Mitchell | Attachment- SerList-AllPages Analysis |
| 307. | 6167 | 3/11/19 | 1 | William Mitchell | SerList-AllPages Analysis |
| 308. | 6074 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList Analysis |
| 309. | 6075 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList Analysis |
| 310. | 2672 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList Analysis |
| 311. | 6071 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList-All_Listed Analysis |
| 312. | 2667 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-SerList-All_Listed Analysis |
| 313. | 6162 | 3/11/19 | 1 | William Mitchell | Copy of TBL-GovtList-MatchTO-SerList-ALL_Listed Analysis |
| 314. | 6070 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList_ALL_Listed Analysis |
| 315. | 6161 | 3/11/19 | 1 | William Mitchell | Copy of TBL-GovtList-MatchTO-PanamaPortsList_ALL_Listed Analysis |
| 316. | 2666 | 3/11/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList_ALL_Listed Analysis |

| 317. | 6620 | 3/11/19 | 3 | Stephen Willertz | Email communication – Re: cross-reference of documents |
|------|------|---------|---|------------------|--------------------------------------------------------|
| 318. | 2657 | 3/11/19 | 3 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 319. | 8087 | 3/11/19 | 3 | Regina Diaz | Email communication – Re: RE: Cross-referencing member data |
| 320. | 6085 | 3/12/19 | 7 | William Mitchell | Email communication – Re: cross-reference of documents |
| 321. | 4543 | 3/12/19 | 7 | William Mitchell | Email communication – Re: cross-reference of documents |
| 322. | 4535 | 3/12/19 | 7 | William Mitchell | Email communication – Re: cross-reference of documents |
| 323. | 6602 | 3/12/19 | 7 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 324. | 5511 | 3/12/19 | 7 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 325. | 4550 | 3/12/19 | 7 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 326. | 7777 | 3/12/19 | 6 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 327. | 4657 | 3/12/19 | 6 | Regina Diaz | Email communication – Re: cross-reference of documents |
| 328. | 6609 | 3/12/19 | 6 | Stephen Willertz | Email communication – cross-reference of documents |
| 329. | 2652 | 3/12/19 | 5 | Tracy Shanker | Email communication – Re: cross-reference of documents |
| 330. | 6615 | 3/12/19 | 5 | William Mitchell | Email communication – Re: cross-reference of documents |
| 331. | 6084 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-CedulaMatchesBetweenGovtList-AND-SerList Analysis |
| 332. | 1878 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-CedulaMatchesBetweenGovtList-AND-SerList Analysis |
| 332. | 4663 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-CedulaMatchesBetweenGovtList-AND-SerList Analysis |
| 334. | 4542 | 3/12/19 | 1 | William Mitchell | Attachment- PanamaPortsWithCedula Analysis |
| 335. | 6092 | 3/12/19 | 1 | William Mitchell | Attachment- TBL-GovtList-MatchTO-PanamaPortsList-Updated 3-12-19 Analysis |
| 336. | 1872 | 3/12/19 | 5 | Tracy Shanker | Email communication – Re: cross-referencing documents |

| 337. | 6808 | 3/12/19 | 3 | Regina Diaz | Email communication – Re: FW: Cross-referencing member data |
| 338. | 2245 | 3/13/19 | 4 | Kenric Michel | Email communication – Re: RE: Cross-referencing member data |
| 339. | 2152 | 3/13/19 | 4 | Kenric Michel | Email communication – Re: FW: Cross-referencing member data |
| 340. | 6101 | 3/13/19 | 1 | William Mitchell | Attachment- TBL-GovtListMatches-TO-Exhibt41-VoterList Analysis |
| 341. | 2156 | 3/13/19 | 1 | William Mitchell | Attachment- TBL-GovtListMatches-TO-Exhibt41-VoterList Analysis |
| 342. | 6481 | 3/13/19 | 1 | Tracy Shanker | Email communication – Re: RE: ILWU |
| 343. | 4653 | 3/14/19 | 4 | Regina Diaz | Email communication – Re: FW: Cross-referencing member data |
| 344. | 4000 | 3/14/19 | 5 | Tracy Shanker | Email communication – Re: RE: Cross-referencing member data |
| 345. | 4770 | 3/14/19 | 4 | Regina Diaz | Email communication – Re: RE: Cross-referencing member data |
| 346. | 2436 | 3/19/19 | 21 | - | Attachment- Draft ILWU Auxiliary ROI [Report of Investigation] |
| 347. | 6960 | 3/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 348. | 6951 | 3/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 349. | 6942 | 3/28/19 | 4 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 350. | 6964 | 3/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 351. | 6955 | 3/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 352. | 6946 | 3/28/19 | 3 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Familathe R  2019-02-27 |
| 353. | 6153 | 3/29/19 | 5 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 354. | 6754 | 3/29/19 | 5 | Regina Diaz | Attachment- Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 355. | 7012 | 4/3/19 | 5 | Regina Diaz | Attachment- Attachment- [sic] Draft RI [Report of Interview] of Falik M 2019-02-21 |
| 356. | 6179 | 5/2/19 | 5 | Tracy Shanker | Election Case Memo Summary |
| 357. | 6184 | 5/3/19 | 5 | Tracy Shanker | Election Case Memo Summary |
| 358. | 6454 | 5/20/19 | 22 | Regina Diaz | Attachment- Draft ROI [Report of |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 19*

| | | | | | Investigation] 2019-31-08x |
|---|---|---|---|---|---|

Please produce these documents, either in whole or in part, or explain why the factual material cannot be segregated from the analysis and produced.

### 4. Documents authored by staff who lack decision-making authority must be produced.

The privilege log lists many documents that were withheld despite being authored by lower-level DOL staff and sent to other lower-level DOL staff, neither of whom appear to have any decision-making authority based on the DOL's publicly available online staffing information.. For example, the following 200 documents were withheld even though they were authored by an investigator and sent to another investigator, neither of whom appear to have decision-making authority, beginning at Bates USA: 0113, 1778, 1781, 1817, 1845, 1858, 1868, 1869, 1870, 1872, 1881, 1930, 1942, 1971, 1973, 1979, 1985, 1988, 1995, 1996, 1998, 2002, 2003, 2009, 2011, 2013, 2015, 2039, 2063, 2100, 2106, 2145, 2146, 2157, 2188, 2191, 2192, 2194, 2220, 2221, 2230, 2231, 2243, 2272, 2280, 2282, 2291, 2294, 2315, 2355, 2408, 2418, 2424, 2434, 2457, 2481, 2599, 2652, 2657, 2663, 2668, 2673, 2769, 2778, 3965, 3969, 3970, 3971, 3989, 3992, 3994, 3997, 4000, 4005, 4008, 4009, 4010, 4037, 4048, 4052, 4054, 4055, 4208, 4213, 4214, 4421, 4508, 4533, 4550, 4558, 4560, 4562, 4563, 4565, 4567, 4568, 4569, 4570, 4571, 4581, 4583, 4584, 4587, 4588, 4596, 4653, 4724, 4750, 4791, 4793, 4797, 4976, 4977, 5442, 5443, 5450, 5451, 5508, 5524, 5526, 5528, 5531, 5532, 5533, 5535, 5536, 5576, 6333, 6371, 6408, 6414, 6416, 6421, 6426, 6429, 6433, 6437, 6440, 6445, 6450, 6481, 6518, 6519, 6524, 6547, 6549, 6570, 6597, 6598, 6600, 6602, 6694, 6703, 6705, 6706, 6707, 6723, 6734, 6753, 6781, 6786, 6808, 6842, 6846, 6852, 6854, 6856, 6858, 6860, 6861, 6890, 6892, 6913, 6918, 6930, 7003, 7006, 7709, 7716, 7777, 7783, 7865, 7867, 7888, 7892, 7894, 7898, 7902, 7930, 7933, 7944, 7970, 8067, 8068, 8069, 8070, 8071, 8091, 8234, and 8237.

An agency's claim of deliberative process privilege as a basis for withholding documents must be invoked by the agency head who has personally reviewed the documents for which the privilege is asserted. *In re McKesson Governmental Entities Average Wholesale Price Litig.,* 264 F.R.D. 595, 601 (N.D. Cal. 2009). Additionally, pre-decisional materials are not protected merely because they are pre-decisional. They must also be "part of the agency give-and-take of the deliberative process **by which the decision itself is made.**" *Vaughn v. Rosen,* 523 F. 2d 1136, 1144 (D.C. Cir. 1975), emphasis added.  Because documents authored by and sent to lower level staff do not appear to meet these requirements, please produce them.

Alternatively, if you contend that these documents are in fact privileged, please provide an organizational chart containing the titles of the employees who authored and received the documents being withheld so that we can determine what decision-making role the employee played.  In addition, please provide a revised privilege log containing the additional information ILWU needs in order to know how the document being withheld played a role in DOL's decision, what deliberative process was involved, and what the decision was regarding, as described in *Bay Area Lawyers. See also* Mag. Judge Ryu's Standing Order § 16; *Bay Area Lawyers,* 818 F. Supp. 1295-1296, 1299.

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*November 26, 2019*
*Page 20*

5.      **Log entries failing to identify the authors or recipients of documents are incomplete and must be revised.**

The DOL's privilege log is also deficient because it fails to identify both the author and the recipients of these 13 documents:

| | USA Bates start | Date | Pages withheld | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|
| 359. | 0118 | 1/31/19 | 20 | - | - | Report of Investigation (ROI) prepared by OLMS for review by the National Office and Solicitor's Office |
| 360. | 0138 | 1/31/19 | 2 | - | - | ROI Exhibits.pdf |
| 361. | 0407 | 1/30/19 | 1 | - | - | Memorandum re Prior IBC and IPEC nominations at ILWU Conventions |
| 362. | 2010 | 2/7/19 | 1 | - | - | Attachment - Plan B Memo.pdf |
| 363. | 2122 | 11/28/18 | 18 | - | - | Attachment - Draft Opening Memo 2018-11-28 |
| 364. | 2436 | 3/19/19 | 21 | - | - | Attachment- Draft ILWU Auxiliary ROI [Report of Investigation] |
| 365. | 2461 | 2/11/19 | 7 | - | - | Attachment – ILWU.GES.Records Review Memo for lead.pdf |
| 366. | 4602 | 2/11/19 | 7 | - | - | Attachment – ILWU.GES.Records Review Memo for lead.pdf |
| 367. | 5801 | 2/7/19 | 1 | - | - | Attachment - Plan B Memo.pdf |
| 368. | 6264 | 2/7/19 | 1 | - | - | Memo re: Plan B |
| 369. | 6287 | 2/6/19 | 1 | - | - | Draft Summary of Violations Letter |
| 370. | 6895 | 12/4/18 | 18 | - | - | Attachment- ILWU Election Case Opening Memorandum |
| 371. | 8098 | 12/21/18 | 18 | - | - | Attachment- ILWU Election Case Opening Memo |

DOL's privilege log fails to identify the author of the following document:

| | USA Bates start | Date | Pages withheld | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|
| 372. | 5766 | 12/6/18 | 1 | - | Stephen Willertz | Email communication – Re: FW: ILWU case |

DOL's privilege log also fails to identify the recipients of the following 202 documents (many of them email attachments) which <u>begin</u> at the following Bates numbers USA: 1764, 1774, 1810, 1813, 1819, 1842, 1864, 1878, 1891, 1894, 1899, 1914, 1916, 1931, 1943, 1948, 1952, 1956, 1961, 1963, 1968, 1977, 2004, 2017, 2040, 2064, 2067, 2080, 2101, 2105, 2110, 2113, 2141, 2149,

Kim Robinson
*Re: ILWU's Request for Production Set One*
November 26, 2019
*Page 21*

2151, 2156, 2166, 2196, 2234, 2239, 2251, 2255, 2260, 2263, 2268, 2274, 2283, 2297, 2302, 2318, 2321, 2325, 2330, 2332, 2339, 2342, 2357, 2380, 2402, 2407, 2411, 2415, 2419, 2425, 2427, 2428, 2430, 2479, 2660, 2661, 2662, 2666, 2667, 2671, 2672, 2777, 3996, 3999, 4514, 4542, 4628, 4630, 4644, 4663, 4664, 4669, 4672, 4688, 4691, 4711, 4713, 4723, 4746, 5449, 5504, 5538, 5567, 5584, 5589, 5601, 5813, 5835, 5839, 5858, 5917, 5925, 5930, 5941, 5947, 5955, 5976, 5994, 5998, 6064, 6065, 6066, 6070, 6071, 6074, 6075, 6084, 6092, 6101, 6117, 6121, 6153, 6161, 6162, 6163, 6164, 6165, 6166, 6167, 6168, 6169, 6179, 6184, 6189, 6190, 6199, 6202, 6206, 6208, 6210, 6215, 6226, 6228, 6229, 6233, 6237, 6242, 6302, 6306, 6310, 6314, 6320, 6334, 6337, 6346, 6350, 6355, 6359, 6372, 6454, 6527, 6579, 6623, 6710, 6735, 6754, 6762, 6782, 6811, 6914, 6919, 6924, 6931, 6942, 6946, 6951, 6955, 6960, 6964, 6968, 6972, 6976, 6980, 6985, 6990, 7012, 7020, 7052, 7725, 7895, 7903, 7925, 7934, 7936, 7976, 8021, 8090, and 8235.

Without knowing both the author and the recipients, the log fails to allow ILWU to fairly assess the applicability of the privilege. *See* Mag. Judge Ryu's Standing Order § 16 ("Privilege logs must be sufficiently detailed for the opposing party to assess whether the assertion of privilege is justified.... [T]he log should include: ... [*inter alia*] (c) the identity and position of its author(s); (d) the identity and position of all addressees and recipients....").

Please provide a revised privilege log filling in these gaps and provide an organizational chart identifying the names and titles of the authors and recipients.

We request supplemental production, a revised privilege log and an organizational chart by Dec. 10, 2019, which is fourteen (14) days from today. If you require additional time given the Thanksgiving holiday, please let us know.

Very truly yours,
LEONARD CARDER, LLP

By: 
_____
Eleanor Morton

_____
Tanya Smith