# EXHIBIT 8

# Tanya Smith

| | |
|---|---|
| **From:** | Tanya Smith |
| **Sent:** | Thursday, January 9, 2020 9:50 AM |
| **To:** | 'Brakebill, Kenneth (USACAN)'; 'Kimberly.Robinson3@usdoj.gov' |
| **Cc:** | Eleanor Morton |
| **Subject:** | Meet and confer follow-up: DOL docs, ILWU ballots, depos, subpoenas |

Mr. Brakebill,

Thank you for beginning the meet and confer process with us by phone yesterday over DOL's document production response to RPD 1 and 2. Please let me know if we have not accurately summarized our discussion today.

Before discussing the issues raised in ILWU's Nov. 26, 2019 meet and confer letter, we discussed several other issues related to discovery in the case:
- During our discussion of the ILWU ballots, you offered to determine whether DOL has any list or record of the 850 non-Panama ballots delivered to Ms. Fisher this week.  You also agreed to provide a timeline for DOL's production of the remaining ballots, and to provide specifics on the DOL's cost-sharing proposal.
- With respect to the USPS depositions, we discussed that ILWU would need to take the USPS employee depositions because the employees are outside of the Court's jurisdiction for compelling attendance at trial.
- With respect to the ILWU's efforts to subpoena Greg Mitre, we discussed whether DOL had any recent communications with Mr. Mitre, and you stated that DOL's communications with him had been in the past but not recently.
- We also discussed the need to set a date to discuss the meet and confer letter ILWU sent Jan. 7 regarding DOL's responses to ILWU's special interrogatories (set 2) and requests for admissions (set 2).

With respect to the meet and confer letter ILWU sent on November 26, 2019 regarding DOL's document production response to RPD 1 and 2, we discussed the following:
- DOL is going to be asserting additional privileges not listed on its privilege log, including the work product privilege.
- DOL agreed to produce the four documents authored by ILWU officials or staff in section 1 of ILWU's letter by possibly early next week.
- For section 2 of the ILWU's letter, DOL's position is that the majority of the documents (lines 5 through 144) were authored before the DOL's decision. You stated the DOL's decision was sometime between April 3 and April 18, 2019. The DOL's decision was whether to assert the claims made against the ILWU in the DOL's suit. You will review USA00006179 and 6184 to determine if this document (duplicated) can be produced. You believe the date of USA0006454 is not May 20, 2019 and will determine what the correct document date is.  We asked and you agreed to put in writing DOL's position on what the decision was that is the basis for the deliberative process objections, when that decision was made and by whom.
- For section 3 of the ILWU's letter, DOL agrees that there may be segregable factual information and is reviewing the documents in line items 163 through 358 to determine what factual information can be produced.
- For section 4 of the ILWU's letter, DOL argues that the 200 documents listed by Bates number are protected under the deliberative process privilege even though they were authored and sent to lower level staff, but you are willing to review these documents further and provide ILWU with any organizational chart that would identify the authors and recipients of these documents.
- For section 5 of the ILWU's letter, DOL will provide the authors and recipients of these 14 documents listed in line items 359 through 372 and the recipients of the 202 documents listed by Bates number.
- You have no date certain for the production of additional documents or revised privilege log for sections 2 through 5 of the letter but we agreed to continue the meet and confer process with a call next week.

- We agreed that the meet and confer process over DOL's document production response to RPD 1 and 2 is ongoing and, therefore, the 5-day period for presenting disputes to Judge Ryu under her Standing Order has not begun.

Thank you,

*Tanya Smith* | Leonard Carder, LLP
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Phone (415) 771-6400 | Fax (415) 771-7010 | tsmith@leonardcarder.com

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure.  If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited.  If you have received this confidential communication in error, please notify the sender immediately at (415) 771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).