# EXHIBIT 9

# Tanya Smith

| | |
|---|---|
| **From:** | Tanya Smith |
| **Sent:** | Wednesday, January 29, 2020 5:03 PM |
| **To:** | 'Brakebill, Kenneth (USACAN)'; Robinson, Kimberly (USACAN) |
| **Cc:** | Eleanor Morton |
| **Subject:** | RE: ILWU Production Set 04 |

Thank you, Mr. Brakebill.

We presume from DOL's revised privilege log that the DOL is again claiming deliberative process privilege to withhold documents that ILWU believes contains segregable facts, and will not be producing the segregable facts at issue in section 3 of the ILWU's 11/26/19 meet and confer letter. Is that correct?

I also wanted to ask for DOL's timeframe for putting in writing its position on the decision at issue and the identity of the decision-maker for the withheld documents in sections 2 and 4 of the ILWU's 11/26/19 meet and confer letter.

Additionally, can you confirm whether the 6 attachments referred to in Alvaro Moreno's February 18, 2019 email to Regina Diaz at USA004465 have already been produced, or if he printed those attachments in 2019 before sending the email to Ms. Diaz?

Lastly, will DOL be producing an organizational chart showing the reporting relationship between individuals who authored or received withheld documents?

Thank you,

Tanya

---

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Tuesday, January 28, 2020 3:49 PM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

Only information was added to the existing fields. The numbers on the far left were added for ease of reference. Not sure why the print page amount turned out the way it did.

You are correct on the basis information.

Thanks,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Monday, January 27, 2020 4:34 PM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

1

Thank you, Mr. Brakebill.

I appreciate your adding row numbers, which will make it much easier to discuss individual documents. We have two questions after initial review:

   a)   Were any documents added or removed from the last privilege log DOL produced on 11/15/19? (That one had 24 pages; this new one has 23.)

Additionally, the previous privilege log produced by DOL on 11/15/19 one had a key at the end to indicate the basis of the withholding, but I don't see a key here. It looks like DOL has under the "Basis" column these abbreviations: DP, INF, AC, and WP.

   b) Will you confirm these stand for deliberative process, investigative files, attorney-client, and work product, respectively?

*Tanya Smith | Leonard Carder, LLP*
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Phone (415) 771-6400 | Fax (415) 771-7010 | tsmith@leonardcarder.com

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately at (415) 771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Monday, January 27, 2020 4:06 PM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

Please find attached a new privileged log, in response to item 2 in our meet and confer correspondence below.

Thanks,
Ken

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Thursday, January 23, 2020 6:48 PM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Thank you very much, Ken.

We look forward to receiving the new privilege log Monday.
-Tanya

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Thursday, January 23, 2020 2:52 PM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>

**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

This responds to item 2 below.

We expect to produce a new privilege log by the close of business on Monday.

Thanks,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Thursday, January 23, 2020 10:56 AM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Good morning, Mr. Brakebill.

I just wanted to touch base with you regarding these items:

1. the 6 attachments referred to in Alvaro Moreno's February 18, 2019 email to Regina Diaz at USA004465
2. DOL's timeframe for producing a supplemental privilege log identifying missing document authors and recipients;
3. DOL's timeframe for putting in writing its position on the decision at issue for the withheld documents in section 2 of the ILWU's 11/26/19 meet and confer letter;
4. DOL's timeframe for putting in writing the date of the decision and the identity of the decision-maker at issue in those section 2 documents;
5. DOL's timeframe for producing the withheld documents listed in section 3 of the ILWU's 11/26/19 meet and confer letter for segregable facts which can be produced;
6. DOL's timeframe for providing the decision-making authority of the authors and recipients of the withheld documents listed in section 4 of the ILWU's 11/26/19 meet and confer letter; and
7. DOL's production of an organizational chart identifying the titles of authors and recipients of withheld documents.

Thank you,

**Please Note:** This Friday, January 24, 2020, my email and Eleanor's email will be down due to the move of Leonard Carder's Oakland Office. We will not be able to receive or send any emails during this time. If you need to reach us on Friday, January 24, 2020, please call.

*Tanya Smith | Leonard Carder, LLP*
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Phone (415) 771-6400 | Fax (415) 771-7010 | tsmith@leonardcarder.com

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately at (415) 771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).

---

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Friday, January 17, 2020 4:29 PM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>

3

**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

Thanks for your email.

We are going back to try to locate those 6 attachments that you've identified.

We are in the process of reviewing the documents from the meet and confer letter.  I will send you an update next week.  Please note that Monday is a federal holiday so we will not be in the office.

Have a nice weekend,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Thursday, January 16, 2020 2:38 PM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Mr. Brakebill and Ms. Robinson:

Thank you for sending the four requested documents identified by ILWU in Section 1 of its 11/26/19 meet and confer letter.

After reviewing these documents, it appears that there are six attachments referred to in Alvaro Moreno's February 18, 2019 email to Regina Diaz at USA004465, screenshot below.

> On Tuesday, February 26, 2019, 11:54:49 AM EST, Diaz, Regina - OLMS <Diaz.Regina@dol.gov> wrote:
>
> Hello Alvaro. I'm hoping you can help me with something else. Can you help set up a Skype interview with me and Raul Feuillet? This week or next week?
>
> From: Alvaro Moreno C. <almoreno50@yahoo.com>
> Sent: Monday, February 18, 2019 4:19 PM
> To: Diaz, Regina - OLMS <Diaz.Regina@dol.gov>
> Subject: Re: ILWU election
>
> Good evening Regina,
>
> Attached the reports corresponding to June 4, June 18, July 2, July 16 and July 30, 2018. Also the membership list generated on February 13, 2019. Let me know if there is anything else I can help you with.
>
> Saludos,
>
> Alvaro
>
> **Alvaro Moreno Constantino**
> www.panamacanalpilots.com

USA004465

These do not appear to have been previously produced by DOL.
ILWU would like to view all six of these attachments sent from Alvaro Moreno to Ms. Diaz.

Additionally, I wanted to follow up on when you expected DOL to:
-produce a supplemental privilege log identifying missing document authors and recipients;
-put in writing DOL's position on the decision at issue for the withheld documents in section 2 of the ILWU's 11/26/19 meet and confer letter;
-put in writing the date of the decision and the identity of the decision-maker at issue in those section 2 documents;
-review the withheld documents listed in section 3 of the ILWU's 11/26/19 meet and confer letter for segregable facts which can be produced;
-review the decision-making authority of the authors and recipients of the withheld documents listed in section 4 of the ILWU's 11/26/19 meet and confer letter; and
-produce an organizational chart identifying the titles of authors and recipients of withheld documents.

Sincerely,

*Tanya Smith* | Leonard Carder, LLP
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Phone (415) 771-6400 | Fax (415) 771-7010 | tsmith@leonardcarder.com

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately at (415) 771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).

Begin forwarded message:

**From:** "Robinson, Kimberly (USACAN)" <Kimberly.Robinson3@usdoj.gov>
**To:** "Eleanor Morton" <emorton@leonardcarder.com>, "Luz, Christina (USACAN)" <Christina.Luz@usdoj.gov>
**Cc:** "Brakebill, Kenneth (USACAN)" <Kenneth.Brakebill@usdoj.gov>
**Subject: ILWU Production Set 04**

Eleanor:

Here are the four requested documents identified by ILWU in Section 1 of its November 26, 2019, meet and confer letter. These are being produced pursuant to your 1/9 conversation with Ken.

Best,
Kim