# EXHIBIT 11

# Tanya Smith

| | |
|---|---|
| **From:** | Tanya Smith |
| **Sent:** | Friday, February 14, 2020 5:40 PM |
| **To:** | 'Brakebill, Kenneth (USACAN)'; Robinson, Kimberly (USACAN) |
| **Cc:** | Eleanor Morton |
| **Subject:** | RE: DOL's privilege log and withheld documents |

Good evening, Mr. Brakebill.

Do you have time to speak with Eleanor and me on Tuesday regarding the issues outlined in my 2/6 email included below?

Thank you,
Tanya

---

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Monday, February 10, 2020 11:38 AM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: DOL's privilege log and withheld documents

Hi Tanya.

Thank you for checking back in – and for following up on the privilege log item.

We are working on all of this, and I hope to have an answer to you this week on the deliberative process issue, in particular.

Best,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Thursday, February 06, 2020 3:24 PM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: DOL's privilege log and withheld documents

Good afternoon, Mr. Brakebill.

We are looking back at the ILWU privilege log to see if we can provide additional information and will respond shortly.

In the meantime, we need to move forward to a resolution to the remaining issues relating to DOL's withholding of documents on deliberative process grounds, which is holding up our ability to conduct certain aspects of our discovery. We raised these issues in November, during our phone call on 1/8 and again on 1/16, 1/23, and 1/29.

First, in order to understand the bases for DOL's deliberative process objections, in several prior emails and call, we have asked you to provide the following basic information in writing:

a. The specific decision or decisions at issue for the withheld documents in section 2 of the ILWU's 11/26/19 meet and confer letter;

b. The date of each such decision or decisions and the identity of the decision-maker(s); and

c. An explanation of the decision-making authority of the authors and recipients of the withheld documents listed in section 4 of the ILWU's 11/26/19 meet and confer letter.

These facts are fundamental to DOL's deliberative process objection and our ability to assess its validity as applied to the hundreds documents withheld in this case.  Please provide this information no later than **Monday, 2/10.**

Second, we identified numerous documents which are listed in section 3 of the ILWU's 11/26/19 meet and confer letter as likely containing segregable factual material which must be produced.  On 1/8, you stated that you would review these documents and see if DOL could produce the segregable factual material.  We have not yet received any such material.  Please produce all such segregable factual material by no later than **2/18/2020** along with a revised privileged log identifying any documents DOL continues to withhold.

Third, we appreciate DOL's production of the revised privilege log which corrects some of the original omissions.  However, the new log is still deficient in 2 respects. First, it does not conform to Judge Ryu's standing order regarding the subject matter of each withheld document. This is different from the requirement in the standing order for the privilege log to list the title and description of a withheld document. Subject matter information is necessary, especially for the withheld emails and any documents where the text differs from the document title (or subject line), which is what currently appears in the sixth column of DOL's revised log under "Document Description/Title."  Second, it does not identify whether the date listed is always the date on which the document was sent to or shared with the document's recipients, which the standing order also addresses.  We are requesting that DOL provide a revised privilege log correcting these two omissions by **2/18/2020.**

To keep this process moving forward to a resolution, we would be glad to set up a call to discuss these issues with you next week if you think that would be fruitful.  Our schedules are open on Monday, 2/10.  Please let us know if there is a time on Monday that would work for you.

Thank you,
Tanya

---

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Friday, January 31, 2020 5:33 PM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

What we produced is what DOL has.  And the further document I sent, with names/titles/positions was made for your benefit, to go along with the privilege log.

As far as identifying names of employees and positions to assist in the privilege log review, we would appreciate the same courtesy that we have extended to you, if you could please forward us a similar list.  I notice, for example, that you include parentheticals like "ILWU Staff" or "ILWU Admin Staff" or a company name, but no other identifying information. You also have entries for "ILWU Officer" and "ILWU Officers" but there is no key for who these people may be.

Also, on the topic of privilege logs, I notice some deficiencies in your privilege log that you have raised with DOL on its log.  For example: (1) ILWU's log has some entries with no specific author or recipient information.  Two entries say "unknown" for both, yet there is a privilege asserted.  We will need more information than "unknown" to verify a privilege. (2) I see an entry for "news article" by "unknown" to "unknown". Why is that privileged? (3) There are entries with "ILWU Officer" for authors and "ILWU Officers" for the recipients.  While we are not asking for the contents of the documents if those documents indeed are privileged, without further identifying information we cannot necessarily make the determination that they are in fact privileged.  And in any event, DOL would be entitled to know who was making or receiving said communications even if they are privileged.  Please provide.

Thank you,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Monday, January 27, 2020 10:29 AM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Thank you, Mr. Brakebill.

This list of DOL employees and their titles is helpful, but we were hoping for an organizational chart showing the reporting relationships between the individuals corresponding on the withheld documents. Does such a chart showing who reports to whom exist?

-Tanya

---

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Friday, January 24, 2020 8:55 AM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

This responds to item 7 below.

Attached is a courtesy list of author/recipient titles.

Thanks,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Thursday, January 23, 2020 10:56 AM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Good morning, Mr. Brakebill.

I just wanted to touch base with you regarding these items:

1. the 6 attachments referred to in Alvaro Moreno's February 18, 2019 email to Regina Diaz at USA004465

3

2. DOL's timeframe for producing a supplemental privilege log identifying missing document authors and recipients;
3. DOL's timeframe for putting in writing its position on the decision at issue for the withheld documents in section 2 of the ILWU's 11/26/19 meet and confer letter;
4. DOL's timeframe for putting in writing the date of the decision and the identity of the decision-maker at issue in those section 2 documents;
5. DOL's timeframe for producing the withheld documents listed in section 3 of the ILWU's 11/26/19 meet and confer letter for segregable facts which can be produced;
6. DOL's timeframe for providing the decision-making authority of the authors and recipients of the withheld documents listed in section 4 of the ILWU's 11/26/19 meet and confer letter; and
7. DOL's production of an organizational chart identifying the titles of authors and recipients of withheld documents.

Thank you,

Please Note: This Friday, January 24, 2020, my email and Eleanor's email will be down due to the move of Leonard Carder's Oakland Office. We will not be able to receive or send any emails during this time. If you need to reach us on Friday, January 24, 2020, please call.

*Tanya Smith | Leonard Carder, LLP*
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Phone (415) 771-6400 | Fax (415) 771-7010 | tsmith@leonardcarder.com

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately at (415) 771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).

---

**From:** Brakebill, Kenneth (USACAN) [mailto:Kenneth.Brakebill@usdoj.gov]
**Sent:** Friday, January 17, 2020 4:29 PM
**To:** Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <Kimberly.Robinson3@usdoj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Hi Tanya.

Thanks for your email.

We are going back to try to locate those 6 attachments that you've identified.

We are in the process of reviewing the documents from the meet and confer letter. I will send you an update next week. Please note that Monday is a federal holiday so we will not be in the office.

Have a nice weekend,
Ken

---

**From:** Tanya Smith <tsmith@leonardcarder.com>
**Sent:** Thursday, January 16, 2020 2:38 PM
**To:** Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>
**Cc:** Eleanor Morton <emorton@leonardcarder.com>
**Subject:** RE: ILWU Production Set 04

Mr. Brakebill and Ms. Robinson:

Thank you for sending the four requested documents identified by ILWU in Section 1 of its 11/26/19 meet and confer letter.

After reviewing these documents, it appears that there are six attachments referred to in Alvaro Moreno's February 18, 2019 email to Regina Diaz at USA004465, screenshot below.

> On Tuesday, February 26, 2019, 11:54:49 AM EST, Diaz, Regina - OLMS <Diaz.Regina@dol.gov> wrote:
>
> Hello Alvaro. I'm hoping you can help me with something else. Can you help set up a Skype interview with me and Raul Feuillet? This week or next week?
>
> From: Alvaro Moreno C. <almoreno50@yahoo.com>
> Sent: Monday, February 18, 2019 4:19 PM
> To: Diaz, Regina - OLMS <Diaz.Regina@dol.gov>
> Subject: Re: ILWU election
>
> Good evening Regina,
>
> Attached the reports corresponding to June 4, June 18, July 2, July 16 and July 30, 2018. Also the membership list generated on February 13, 2019. Let me know if there is anything else I can help you with.
>
> Saludos,
>
> Alvaro
>
> **Alvaro Moreno Constantino**
> www.panamacanalpilots.com
>
> USA004465

These do not appear to have been previously produced by DOL.
ILWU would like to view all six of these attachments sent from Alvaro Moreno to Ms. Diaz.

Additionally, I wanted to follow up on when you expected DOL to:
-produce a supplemental privilege log identifying missing document authors and recipients;
-put in writing DOL's position on the decision at issue for the withheld documents in section 2 of the ILWU's 11/26/19 meet and confer letter;
-put in writing the date of the decision and the identity of the decision-maker at issue in those section 2 documents;
-review the withheld documents listed in section 3 of the ILWU's 11/26/19 meet and confer letter for segregable facts which can be produced;
-review the decision-making authority of the authors and recipients of the withheld documents listed in section 4 of the ILWU's 11/26/19 meet and confer letter; and
-produce an organizational chart identifying the titles of authors and recipients of withheld documents.

Sincerely,

*Tanya Smith* | Leonard Carder, LLP
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Phone (415) 771-6400 | Fax (415) 771-7010 | tsmith@leonardcarder.com

5

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure.  If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited.  If you have received this confidential communication in error, please notify the sender immediately at (415) 771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).

Begin forwarded message:

> **From:** "Robinson, Kimberly (USACAN)" <Kimberly.Robinson3@usdoj.gov>
> **To:** "Eleanor Morton" <emorton@leonardcarder.com>, "Luz, Christina (USACAN)" <Christina.Luz@usdoj.gov>
> **Cc:** "Brakebill, Kenneth (USACAN)" <Kenneth.Brakebill@usdoj.gov>
> **Subject: ILWU Production Set 04**
>
> Eleanor:
>
> Here are the four requested documents identified by ILWU in Section 1 of its November 26, 2019, meet and confer letter.  These are being produced pursuant to your 1/9 conversation with Ken.
>
> Best,
> Kim