# EXHIBIT 13



United States Attorney
Northern District of California

*9th Floor, Federal Building  (415)436-7200  Fax: (415)436-7234*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*

March 10, 2020

Eleanor Morton
Tanya Smith
Leonard Carder, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109

      Re: Scalia v. ILWU – DOL Document Production

Dear Eleanor and Tanya:

This letter explains Plaintiff's March 5, 2020 document production, which was a supplemental production in response to your November 26, 2019 meet and confer letter. By a separate email communication, you should have received a web link to download the documents that are part of this supplemental production.

Note that this letter is one of a number of DOL's substantive responses to your November 26, 2019 letter during the meet and confer process. You received additional communications on January 23, 2020, January 24, 2020, January 27, 2020, January 28, 2020, January 31, 2020 and February 20, 2020. My email to you on February 20, 2020, in particular, explains that DOL would be conducting a re-review and supplemental production as part of the meet and confer process.

Regarding the documents you list in section 2 of your November 26, 2019 letter:

1. I previously communicated to you on February 20, 2020 that the operative decision date for purposes of the deliberative privilege is April 16, 2019. Thus DOL reconsidered the three documents authored after this date identified in your letter, specifically document Nos. 144, 145 and 146. DOL is producing the first two of these documents but continuing to claim privilege under the deliberative process privilege for No. 146. The document description for this latter document indicates that it is a draft of the report of investigation (ROI), which predates the date this report was finalized. The document's

1

date, however, incorrectly shows up as May 20, 2019, due to an embedded formatting tool that amended the document to the date on which it was accessed to respond to Defendant's Requests for Production of Documents (Set One).

2. DOL also reconsidered other documents listed in Section 2 of your letter. The 47 documents listed below were produced in full, or in redacted form:

   USA001813, USA002009, USA002010, USA002251, USA002255, USA002436, USA002461, USA004048, USA004052, USA004602, USA005801, USA005935, USA005961, USA005994, USA005998, USA006117, USA006121, USA006153, USA006179, USA006184, USA006264, USA006346, USA006350, USA006355, USA006359, USA006408, USA006414, USA006416, USA006421, USA006518, USA006519, USA006754, USA006942, USA006946, USA006951, USA006955, USA006960, USA006964, USA006968, USA006972, USA006976, USA006980, USA007012, USA007894, USA008079, USA008081, USA008228

Regarding the 211 documents you list in Section 3 of your letter, DOL also assessed these documents to consider further whether there was any additional purely factual information that could be produced in redacted form or otherwise. The following 94 documents listed below were produced in full, or in redacted form:

   USA000001, USA000138, USA000226, USA000242, USA000287, USA000289, USA000407, USA000412, USA001765, USA001771, USA001813, USA001845, USA001858, USA001885, USA001891, USA001931, USA001943, USA001961, USA001963, USA001977, USA001979, USA002009, USA002010, USA002067, USA002101, USA002110, USA002188, USA002251, USA002255, USA002263, USA002268, USA002283, USA002330, USA002332, USA002342, USA002402, USA002407, USA002411, USA002415, USA002419, USA002436, USA002461, USA004048, USA004052, USA004602, USA004628, USA004630, USA004644, USA004688, USA004711, USA004713, USA005576, USA005801, USA005839, USA005935, USA005961, USA005994, USA005998, USA006117, USA006121, USA006153, USA006179, USA006184, USA006264, USA006346, USA006350, USA006355, USA006359, USA006408, USA006414, USA006416, USA006421, USA006518, USA006519, USA006710, USA006754, USA006942, USA006946, USA006951, USA006955, USA006960, USA006964, USA006968, USA006972, USA006976, USA006980, USA007012, USA007716, USA007894, USA007936, USA008079, USA008081, USA008228, USA008265

Regarding the documents you list in Section 4 of your letter, you assert that these were authored "by staff who lack decision-making authority" and therefore suggest that they should be produced. For starters, I would like to underscore what I stated to you in my February 20, 2020 email on this point:

> "Section 4 of the letter suggests that the deliberative process privilege only attaches to the person or persons who made the ultimate decision, or that the agency head who made the ultimate decision must have personally reviewed each document for which the privilege

2

is asserted. We disagree. The only case law you cite for DOL to consider is a district court decision talking generally about the invocation of the privilege but even in that context that decision notably says the agency-head invocation 'need not be applied literally.' What that case says – and what DOL is conforming to – is that the relevant inquiry is whether disclosure would reveal the deliberative process and thus discourage candid discussion concerning the agency decision / policy. The standard is not the rigid one that you suggest where a particular title or level of seniority for a staff member determines whether a document is afforded the deliberative process privilege. If you would like DOL to consider further case law, please let me know."

The documents in your Section 4 list were created as part of the decision-making process and were authored by the agency personnel described below (each of which I provided to you on January 24, 2020 in a list of DOL staff member and job titles):

    Regina Diaz, Senior Investigator
    DOL – OLMS San Francisco-Seattle District Office,
    Primary field investigator in this matter.

    Kenric Michel, Supervisory Investigator
    DOL – OLMS San Francisco-Seattle District Office
    Supervised primary field investigator assigned to this case.

    Tracy Shanker, Investigator
    OLMS Division of Enforcement
    Responsible for investigation coordination with Office of the Solicitor.

    William Mitchell, Computer Cadre Enforcement Coordinator (now retired)
    Provided assistance with analysis of data obtained during investigation.

Nonetheless, the following 16 documents were produced in full, or in redacted form:

    USA001845, USA001858, USA001979, USA002009, USA002188, USA004048, USA004052, USA005576, USA006408, USA006414, USA006416, USA006421, USA006518, USA006519, USA007716, USA007894

Please let me know if you have any questions. Thank you.

                Respectfully submitted,
                DAVID L. ANDERSON
                United States Attorney

By:   */s/ Kenneth Brakebill*

                KENNETH W. BRAKEBILL
                Assistant United States Attorney