# EXHIBIT 16



**LEONARD CARDER, LLP**
1188 Franklin St., Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Fax: (415) 771-7010
www.leonardcarder.com

File No. 777-2

April 8, 2020

*Via Email to* *Kimberly.Robinson3@usdoj.gov, Kenneth.Brakebill@usdoj.gov*

Ms. Kimberly Robinson                          Mr. Ken Brakebill
Assistant U.S. Attorney, Northern Dist. of Cal.   Assistant U.S. Attorney, Northern Dist. of Cal.
1301 Clay St., Ste. 340-S                       450 Golden Gate Ave., Box 36055
Oakland, CA 94612-5712                          San Francisco, CA 94102

RE:     *Scalia v. ILWU* – Meet and Confer re Responses to ILWU's Request for
        Production Set One, Requests 1 and 2

Dear Ms. Robinson and Mr. Brakebill:

Thank you for the documents the DOL produced on March 5th, for which we received a privilege log on March 30th. In following up on items 7 and 8 which we discussed during our meet and confer phone call on March 18th, I am writing with additional questions regarding the continued redactions and/or withheld documents the DOL stated were for deliberative process, investigative files privilege, attorney-client, attorney work-product, or personal information grounds. **We would like to discuss with you DOL's response to the questions in this letter by telephone on Thursday, April 16 at 1:30 p.m.**

1.     **DOL changed its rationale for withholding 12 documents from deliberative process to what it states is an investigative files privilege.**

Although DOL initially stated that these documents were withheld under the deliberative process privilege, DOL has shifted its rationale to what it terms is an investigative files privilege for these 12 documents, listed chronologically:

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 20. | 1845 | 11/27/18 | .25 | IF | Regina Diaz | Kenric Michel | Email re: IPEC Final Report |
| 367. | 6556-6562 | 12/12/18 | 7 | IF | Kia Gaskins | Terri Thomas, Tracy Shanker, and Deborah Becker | Email - Re: Official International Travel |

| Row # in DOL log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 368 | 6563-6569 | 12/12/18 | 7 | IF | Terri Thomas | Kia Gaskins, Tracy Shanker, and Deborah Becker | Email - Re: Official International Travel |
| 21. | 1858 | 1/11/19 | .3 | IF | Joy Mitchell | Kenric Michel and Bruce Edgington | Email - Re: ILWU Ballot Recount |
| 262. | 5772-5778 | 1/25/19 | 7 | IF | Tracy Shanker | Kenric Michel and Stephen Willertz | Email - Re: FW: Official International Travel |
| 369. | 6570-6576 | 1/25/19 | 7 | IF | Kenric Michel | Tracy Shanker | Email - Re: FW: Official International Travel |
| 129a. | 2445-2446 | 2/4/19 | 1.25 | IF | Robert Rennard | Regina Diaz | Email Attachment - ILWU GES Records Review |
| 132. | 2462-2463 | 2/4/19 | 1.25 | IF | Robert Rennard | Regina Diaz | Email Attachment - ILWU GES Records Review |
| 200. | 4603-4604 | 2/4/19 | 1.25 | IF | Robert Rennard | Regina Diaz | Email Attachment- ILWU GES Records Review |
| 464. | 80 79 | 2/21/19 | .25 | IF | Stephen Willertz | Tracy Shanker and Brian Pifer | RE: Campaigning in Panama |
| 465. | 8081 | 2/22/19 | .25 | IF | Stephen Willertz | Brian Pifer and Tracy Shanker | RE: Campaigning in Panama |
| 129b. | 2436-2438 | 3/19/19 | 3 | IF | Robert Rennard | Regina Diaz [document does not state] | Case Processing Worksheet; Case Narrative Worksheet |

As we explained in our meet and confer letter dated 11/26/19, the purpose of the law enforcement privilege is to "prevent disclosure of law enforcement techniques and procedures, to preserve the confidentiality of sources, to protect witness and law enforcement personnel, to safeguard the privacy of individuals involved in an investigation, and otherwise to prevent interference with an investigation." *Brooks v. Cty. Of San Joaquin,* 275 F.R.D. 528, 532-533 (E.D. Cal. 2011). But here, here is no law enforcement investigation, no current administrative investigation, and the identities of Russ Bargmann and Alvaro Moreno have been disclosed.  Thus, DOL cannot assert an investigative files privilege.  *See In re Dep't of Investigation of City of New York*, 856 F.2d 481, 484 (2d Cir. 1988); *Perez v. Guardian Roofing LLC*, No. 3:15-CV-05623-RJB, 2016 WL 1408029 at 3-4 (W.D. Wash. Apr. 11, 2016).

During our meet and confer call on March 18th, Ms. Robinson stated that *Perez v. Guardian Roofing* from the Western District of Washington was DOL's support for the claim of an investigative files privilege. However, that case stated, "The common law authority for DOL's invocation of the 'investigative files privilege' is less than clear." After analyzing the "purported investigative files privilege," the court ordered DOL to produce all documents redacted "under the purported investigative files privilege."

The *Guardian Roofing* court explained, "Neither the 2nd Circuit nor the 9th Circuit cases that DOL relies upon makes any direct reference to such a privilege... It appears that DOL may be conflating the investigative files privilege with the law enforcement privilege, equating the former with the latter... Whatever its label, 'the purpose of the [law enforcement] privilege is to prevent disclosure of law enforcement techniques and procedures, to preserve the confidentiality of sources, to protect witness and law enforcement personnel, to safeguard the privacy of individuals... in an investigation...'" *Perez* at 4.

As in *Perez*, none of these elements are present in this case, so DOL must produce these 12 documents it has withheld under the purported investigative files privilege, as well as the 2 documents it originally held under this privilege, as listed below:

| Row # in log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 56. | 1998 | 1/24/19 | 1 | IF | Tracy Shanker | Kenric Michel | Email - Re: RE: ILWU |
| 54. | 1995 | 2/6/19 | 1 | IF | Regina Diaz | Kenric Michel | Email  - Re: RE: ILWU Transcript and Hearing exhibits |

2.      **DOL produced 3 documents on 3/5/20 with pages or portions redacted under what DOL states is an attorney work product privilege, but which does not reference any attorney or legal theory in the text.**

DOL has redacted these documents under attorney work product privilege:

| Row # in DOL log | USA Bates 000 | Date | Pages redacted | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 287. | 5961 | 2/21/19 | .25 | WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Campaigning in Panama |
| 464. | 8079 | 2/21/19 | .25 | WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Campaigning in Panama |
| 465. | 8081 | 2/21/19 | .25 | WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Campaigning in Panama |

It is unclear how these three documents listed above, which are all duplicates of the same email, contain attorney work product, since the portion redacted appears to be one of the candidates who campaigned in Panama. There is no reference to an attorney or legal theory in this email from DOL's investigator.

The work product doctrine protects the "mental impressions, conclusions, opinions, or legal theories of a party's attorney" that were "prepared in anticipation of litigation or for trial." Fed. R. Civ. P. 26(b)(3). It is unclear how a list of campaigners qualifies as work product. Additionally, if a document has been prepared "in the ordinary course of business" it may not be found to have been prepared in anticipation of litigation. Fed. R. Civ. P. 26(b)(3) advisory committee notes.

Recently, the Ninth Circuit ordered the DOJ to disclose information it had withheld as attorney work product because it prepared in the ordinary course of business rather than in anticipation of litigation. When the function of "information is to inform investigators and prosecutors about available technologies that may be relevant to conducting a criminal investigation," this "technical information" which "assists investigators in the conduct of their investigations" does not include the "mental impressions, conclusions, opinions, or legal theories of a party's attorney" that were "prepared in anticipation of litigation or for trial." *Am. Civil Liberties Union of N. California v. United States Dep't of Justice,* 880 F.3d 473, 485 (9th Cir. 2018). Please

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 5*

provide more information about DOL's basis for redacting campaign information gathered by its investigator as attorney work product during our call **on Thursday, April 16 at 1:30 p.m.**

**3.    DOL changed its reason for withholding from deliberative process to attorney work product for five documents**

DOL has withheld these five documents under attorney work product privilege after initially withholding them only under the deliberative process privilege:

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 253. | 5601-5604 | 2/20/19 | 4 | WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email Attachment – Timeline_ILWU.docx |
| 282. | 5947-5950 | 2/20/19 | 4 | WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email Attachment – Timeline_ILWU_2-20-19.docx |
| 285. | 5955-5958 | 2/20/19 | 4 | WP | Tracy Shanker and Brian Pifer | Tracy Shanker and Stephen Willertz | Email Attachment – Timeline_ILWU.docx |
| 206. | 4664-4667 | 2/21/19 | 4 | WP | Tracy Shanker and Regina Diaz | Gregg Cautero | Email Attachment – Timeline_ILWU_2-20-19.docx |
| 209. | 4672-4675 | 2/21/19 | 4 | WP | Tracy Shanker and Regina Diaz | Robert Rennard | Email Attachment – Timeline_ILWU_2-20-19.docx |

As discussed in section 2 above, it is unclear how DOL is claiming that an attorney's "mental impressions, conclusions, opinions, or legal theories of a party's attorney" are shown in a timeline created by DOL's factfinders, investigators Tracy Shanker and Regina Diaz. Please provide more information about DOL's basis for withholding all of a four-page timeline created by its investigator as attorney work product during our call **on Thursday, April 16 at 1:30 p.m.**

**4.     DOL added the work product privilege to the following 12 documents it has previously withheld under only the deliberative process privilege**

DOL is now adding the work product privilege to these 12 documents it had previously withheld under the deliberative process privilege:

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 21. | 1858 | 1/11/19 | .5 | DP/IF | Joy Mitchell | Kenric Michel and Bruce Edgington | Email re: ILWU Ballot Recount |
| 334. | 6302-6305 | 2/20/19 | 4 | DP; WP | Tracy Shanker | To case file | Electronic File – Timeline_ILWU.docx |
| 335. | 6306-6309 | 2/20/19 | 4 | DP; WP | Tracy Shanker | To case file | Electronic File – Timeline_ILWU_2-20-19.docx |
| 341. | 6337-6340 | 2/20/19 | 4 | DP; WP | Tracy Shanker | Eleanore Simms and Tambra Leonard | Email Attachment – Timeline_ILWU_2-20-19.docx |
| 402. | 6782-6785 | 2/20/19 | 4 | DP; WP | Tracy Shanker | Regina Diaz | Email Attachment – Timeline.docx |
| 421. | 6913 | 2/20/19 | 1 | DP; WP | Tracy Shanker | Regina Diaz | Email – Re: Review this timeline instead |
| 422. | 6914-6917 | 2/20/19 | 4 | DP; WP | Tracy Shanker | Regina Diaz | Email Attachment – Timeline_ILWU_2-20-19.docx |
| 336. | 6310-6313 | 2/21/19 | 4 | DP; WP | Tracy Shanker | To case file | Electronic File – Timeline_ILWU_2-21-19.docx |
| 363. | 6527-6530 | 2/27/19 | 4 | DP; WP | Tracy Shanker | Tambra Leonard | Email Attachment – Timeline_ILWU_2-21-19.docx |
| 337. | 6314-6319 | 3/8/19 | 6 | DP; WP | Tracy Shanker | To case file | Electronic File – Timeline_ILWU_3-5-19.docx |
| 338. | 6320-6325 | 3/8/19 | 6 | DP; WP | Tracy Shanker | To case file | Electronic File – Timeline_ILWU_3-8-19.docx |

| 425. | 6924-6929 | 3/8/19 | 6 | DP; WP | Tracy Shanker | Tambra Leonard and Eleanore Simms | Email Attachment – Timeline_ILWU_3-8-19.docx |
| --- | --- | --- | --- | --- | --- | --- | --- |

As discussed in section 2 above, it is unclear how DOL is claiming that an attorney's "mental impressions, conclusions, opinions, or legal theories of a party's attorney" are shown in a timeline created by DOL's factfinders, investigators Tracy Shanker and Regina Diaz. Please provide more information about DOL's basis for withholding all pages of a timeline created by its investigator as attorney work product during our call on **Thursday, April 16 at 1:30 p.m.**

Additionally, with respect to its basis of withholding on deliberative process grounds, ILWU contends that DOL has not met its burden of providing ILWU with the "requisite factual background which would enable the reader to determine what 'decision' the analysis assisted" as required by *Bay Area Lawyers All. for Nuclear Arms Control v. Dep't of State,* 818 F. Supp. 1291, 1297, 1300 (N.D. Cal. 1992). This is the case with all 11 documents listed above, as well as the hundreds of documents DOL has listed in its latest privilege log, many of which ILWU addressed in its meet and confer letter dated 11/26/19, but which DOL has not produced.

The issue is that DOL has not provided ILWU with information about how each withheld document was "deliberative." *Bay Area Lawyers* at 1297 (" 'In order for a document to be protected by the deliberative process privilege, the document must be both 'predecisional' and 'deliberative.'").

Additionally, an agency's claim of deliberative process privilege as a basis for withholding documents must be invoked by the agency head who has personally reviewed the documents for which the privilege is asserted. *In re McKesson Governmental Entities Average Wholesale Price Litig.,* 264 F.R.D. 595, 601 (N.D. Cal. 2009). Very few of the documents being withheld by DOL appear to have been sent by the fact-finding investigators to anyone with decision-making authority.

Additional authority is discussed in Section 6A below for the details that DOL must provide in its privilege log for its deliberative process withholdings.

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 8*

5.    **DOL added an attorney-client privilege to these 2 documents it previously withheld under only the deliberative process privilege**

DOL is now adding the attorney-client privilege to these 2 documents it had previously withheld under the deliberative process privilege, despite no attorney being involved in the communications:

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 267. | 5805-5806 | 2/8/19 | 2 | AC; DP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email re: ILWU Ballot Recount |
| 330. | 6237-6241 | 2/21/19 | 5 | AC; DP | Tracy Shanker | To case file | National Office Investogator [sic] Notes |

Please provide information about how attorney-client privilege attaches to the two documents withheld above, without a communication involving an attorney during our call **on Thursday, April 16 at 1:30 p.m.**

6.    **Documents DOL produced on 3/5/20 had 42 documents with pages or portions redacted under what DOL states is a deliberative process privilege, without providing more information to support this assertion.**

DOL has produced but redacted portions of the following 42 documents under deliberative process privilege, which lack sufficient information for ILWU to determine how the deliberative process privilege applies to the document, listed in Bates number below:

| Row # in DOL log | USA Bates 000 | Date | Pages redacted or withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 1a. | 0021-0023 | 12/20/18 | 3 | DP | Regina Diaz | Memo to File | Interview Notes of Alvaro Moreno regarding "Ballots Mailing in 2018," "Ballot Delivery in Panama," "Return of Panama Ballots," "Prior Elections," and "Receipt of Voted Panama Ballots" |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 9*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 1b. | 0031-0034 | undated | 4 | DP | Regina Diaz | Memo to File | Interview Notes of Rob Remar regarding "Membership," "Ballots Mailing in 2018," "Ballot Delivery in Panama," "Receipt of Voted Panama Ballots," and "Prior Elections" |
| 1c. | 0057 | 12/14/18 | 1 | DP | Regina Diaz | Memo to File | Interview Notes of Russ Bargmann regarding "SINTRAPORSPA (dockworkers union)", "Mailing list," and "Returned Ballots" |
| 1d. | 0071-0075 | 1/11/19 | 5 | DP | Regina Diaz | Memo to File | Interview Notes of Greg Mitre regarding "Questions for Mitre," "Membership," "Ballots Mailing in 2018," "Ballot Delivery in Panama," "Receipt of Voted Panama Ballots," and "Prior Elections" |
| 1e. | 0082 | 1/23/19 | .3 | DP | Regina Diaz | Memo to File | Interview Notes of Jimmy Ortiz |
| 1f. | 0099-0102 | 2/21/19 | 4 | DP | Regina Diaz | Memo to File | Interview Notes of Maralin Falik |
| 5. | 0226-0227 | 1/30/19 | .3 | DP | Regina Diaz | To case file | Issues(s)/Allegation(s) portion of Regina Diaz's memo on Panama Ballots in ILWU Election |
| 6. | 0288 | 1/29/19 | .25 | No basis provided on log; DP noted in document | Regina Diaz | To case file | "SINTRAPORSPA Officers" portion of Regina Diaz's memo on Contacts to Panama |
| 7. | 0412 | 2/6/19 | .25 | DP | Regina Diaz | To case file | Plan B memo appearing to contain fact-gathering |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 10*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 9. | 1765 | 1/11/19 | .25 | No basis provided on log; DP noted in document | Joy Mitchell | Kenric Michel and Bruce Edgington | Email re: ILWU Ballot Count appearing to contain fact-gathering |
| 20. | 1845 | 11/27/18 | .25 | DP; IF | Regina Diaz | Kenrick Michel | Email re: IPEC Final Report |
| 21. | 1858 | 1/11/19 | .5 | DP/IF | Joy Mitchell | Kenric Michel and Bruce Edgington | Email re: ILWU Ballot Recount |
| | | | | DP | Tracy Shanker | Joy Mitchell | Email re: ILWU Ballot Recount |
| 38. | 1931-1932 | 1/23/19 | .3 | DP | Regina Diaz | Kenric Michel | Email attachment: Issues(s)/Allegation(s) portion of Regina Diaz's memo on Panama Ballots in ILWU Election |
| 49. | 1977 | 1/29/19 | .25 | DP | Regina Diaz | Kenric Michel | Email attachment: "SINTRAPORSPA Officers" portion of Regina Diaz's memo on Contacts to Panama |
| 50. | 1979 | 12/11/18 | .3 | DP | Tracy Shanker | Regina Diaz and Kenric Michel | Email re: DOL investigation of ILWU Election |
| | | | | DP | Regina Diaz | Tracy Shanker and Kenric Michel | Email re: DOL investigation of ILWU Election |
| 61. | 2010 | 2/6/19 | .25 | DP | Regina Diaz | Tracy Shanker and Kenric Michel | Email attachment: Plan B memo appearing to contain fact-gathering |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 11*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 70. | 2067-2068 | 1/25/19 | .3 | DP | Regina Diaz | Kenric Michel | Email attachment: Issues(s)/Allegation(s) portion of Regina Diaz's memo on Panama Ballots in ILWU Election |
| 115. | 2342-2343 | 1/25/19 | .3 | DP | Regina Diaz and Kenric Michel | Regina Diaz | Email attachment: Issues(s)/Allegation(s) portion of Regina Diaz's memo on Panama Ballots in ILWU Election |
| 129c. | 2438 | 3/19/19 | 1 | DP/IF | Robert Rennard | Regina Diaz | Email attachment: Case Narrative Worksheet |
| 129d | 2445 | 2/4/19 | .25 | DP | Robert Rennard | Regina Diaz | Email attachment: Issues(s)/Allegation(s) portion of Robert Rennard's memo on ILWU GES Records Review |
| 132. | 2462 | 2/4/19 | .25 | DP | Robert Rennard | Regina Diaz | Email attachment: Issues(s)/Allegation(s) portion of Robert Rennard's memo on ILWU GES Records Review |
| 166. | 4048 | 2/28/19 | 1 | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/28/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/21/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | 4049 | 2/19/19 | .3 | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 167. | 4052 | 2/28/19 | 1 | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/28/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/21/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | 4053 | 2/19/19 | .3 | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| 200. | 4603 | 2/4/19 | .25 | DP | Robert Rennard | Regina Diaz | Email attachment: Issues(s)/Allegation(s) portion of Robert Rennard's memo on ILWU GES Records Review |
| 201. | 4630-4631 | 1/25/19 | .3 | DP | Regina Diaz | Regina Diaz | Email attachment: Issues(s)/Allegation(s) portion of Regina Diaz's memo on Panama Ballots in ILWU Election |
| 212. | 4712 | 1/29/19 | .25 | DP | Regina Diaz | Regina Diaz | Email attachment: "SINTRAPORSPA Officers" portion of Regina Diaz's memo on Contacts to Panama |
| 265. | 5801 | 2/6/19 | .25 | DP | Regina Diaz | Brian Pifer, Stephen Willertz, Tambra Leonard, and Eleanore Simms | Email attachment: Plan B memo section appearing to contain fact-gathering |
| 270. | 5839-5840 | 1/30/19 | .3 | DP | Regina Diaz and Tracy Shaker | Stephen Willertz and | Email attachment: Issues(s)/Allegation(s) portion of Regina Diaz's |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 13*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| | | | | | | Brian Pifer | memo on Panama Ballots in ILWU Election |
| 279. | 5935 | 2/19/19 | 1 | DP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email re: tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | | DP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email re: tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | | DP | Stephen Willertz | Tracy Shanker and Brian Pifer | Email re: tracking history for box of ballots shipped by Salas |
| | 5936 | 2/19/19 | .3 | DP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email re: tracking history for box of ballots shipped by Salas |
| 287. | 5961 | 2/21/19 | .25 | DP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email: Campaigning in Panama |
| | | 2/21/19 | | DP | Brian Pifer | Tracy Shanker and Stephen Willertz | Email: Campaigning in Panama |
| 332. | 6264 | 2/6/19 | .25 | DP | Regina Diaz | To case file | Electronic File: Plan B memo appearing to contain fact-gathering |
| 344. | 6408 | 2/28/19 | 1 | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/21/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| 344, cont. | 6409 | 2/19/19 | .3 | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 14*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 345. | 6414 | 2/21/19 | .75 | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| 346. | 6416 | 2/19/19 | .75 | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | | | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | | | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| 347. | 6421 | 3/1/19 | 1 | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 3/1/19 | | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/28/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/21/19 | | DP | Regina Diaz | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | 6421-6422 | 2/19/19 | .3 | DP | Tracy Shanker | Regina Diaz | Email re: EMS tracking history for box of ballots shipped by Salas |
| 360. | 6518 | 2/19/19 | .5 | DP | Tracy Shanker | Regina Diaz | Email re: ILWU PCPU Dues Checkoff Report |
| | | | | DP | Regina Diaz | Tracy Shanker | Email re: ILWU PCPU Dues Checkoff Report |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 15*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 361. | 6519 | 2/19/19 | .75 | DP | Regina Diaz | Tracy Shanker | Email re: ILWU PCPU Dues Checkoff Report |
| | | | | DP | Tracy Shanker | Regina Diaz | Email re: ILWU PCPU Dues Checkoff Report |
| | | | | DP | Regina Diaz | Tracy Shanker | Email re: ILWU PCPU Dues Checkoff Report |
| 392. | 6710-6711 | 1/30/19 | .3 | DP | Regina Diaz | Tracy Shanker | Email attachment: Issues(s)/Allegation(s) portion of Regina Diaz's memo on Panama Ballots in ILWU Election |
| 436. | 7716 | 12/14/18 | .3 | DP | Kenric Michel | Woodrow Gonsalves | Email re: international telephone calls |
| 464. | 8079 | 2/21/19 | .25 | DP/IF | Stephen Willertz | Tracy Shanker and Brian Pifer | Email Re: Campaigning in Panama |
| | | 2/21/19 | | DP/WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email Re: Campaigning in Panama |
| 465. | 8081 | 2/21/19 | .25 | DP/IF | Stephen Willertz | Tracy Shanker and Brian Pifer | Email Re: Campaigning in Panama |
| | | | | DP/IF | Brian Pifer | Tracy Shanker and Stephen Willertz | Email Re: Campaigning in Panama |
| | | | | DP/WP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email: Campaigning in Panama |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 16*

| Row # in DOL log | USA Bates 000 | Date | Pages withheld | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 475. | 8228 | 3/1/19 | 1 | DP | Brian Pifer | Tracy Shanker | Email re: EMS tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | | DP | Tracy Shanker | Stephen Willertz and Brian Pifer | Email re: tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | | DP | Tracy Shanker | Stephen Willertz and Brian Pifer | Email re: tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | | DP | Stephen Willertz | Tracy Shanker and Brian Pifer | Email re: tracking history for box of ballots shipped by Salas |
| | | 2/19/19 | .3 | DP | Tracy Shanker | Brian Pifer and Stephen Willertz | Email re: tracking history for box of ballots shipped by Salas |

> **a.      DOL has not provided enough information about how the 42 documents above, or the hundreds of documents listed in ILWU's previous meet and confer letter, are covered by the deliberative process privilege**

As we've previously discussed, under *Bay Area Lawyers*, a "predesicional document" is "one prepared **in order to assist an agency decisionmaker** in arriving at her decision, and may include recommendations, draft documents, proposals, suggestions, and other subjective documents which reflect the personal opinions of the writer rather than the policy of the agency." 818 F Supp. 1297, emphasis added. ILWU contends that DOL has not met its burden of providing ILWU with the "requisite factual background which would enable the reader to determine what 'decision' the analysis assisted," as required by *Bay Area Lawyers. Id.,* 1297, 1300. *All. for Nuclear Arms Control v. Dep't of State,* 818 F. Supp. 1291, 1297, 1300 (N.D. Cal. 1992).

In the Northern District of California, a court explained that, "The requirement that the privilege be invoked by the agency head need not be applied absolutely literally. **However, the duty to invoke the privilege cannot be delegated so far down the chain of command that**

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 17*

**purposes of the requirement are undermined**." *In re McKesson Governmental Entities Average Wholesale Price* Litig., 264 F.R.D. 595, 601 (N.D. Cal. 2009), emphasis added.

DOL has not met its burden of providing the information needed for ILWU to assess its deliberative process withholdings. As explained by a D.C. Court, "The need for an agency to describe all of the information it withheld is "particularly acute because 'the deliberative process privilege is so dependent upon the individual document and the role it plays in the administrative process.'" *Hunton & Williams LLP v. U.S. Envtl. Prot. Agency,* 248 F. Supp. 3d 220, 241 (D.D.C. 2017).

What should appear in DOL's privilege log is the "sufficient insight into a particular deliberative process" or that a particular document was "generated as part of a definable decision-making process." *Id.*, 243. The DOL's privilege log should describe " the *role* of this particular document, the nature of the decisionmaking authority vested in the participants, or any potential harm to the deliberative process that would be incurred by releasing the document." *Id.* 243. **We would like to discuss this with you by telephone on Thursday, April 16 at 1:30 p.m.**

        **b.**      **Segregable factual information appears to be withheld from Regina Diaz's interview notes**

In addition, the following documents still appear to contain segregable factual information, because they were written by investigator Regina Diaz during her interviews as part of her fact-finding role: USA 0000021-23, 31-34, 57, 71-75, 82, and 99-102. As we discussed in our 11/26/19 meet and confer letter, the burden is on the DOL to establish that all reasonably segregable portions of a document have been segregated and disclosed. *Pac. Fisheries, Inc. v. United States*, 539 F.3d 1143, 1148 (9th Cir. 2008). **We would like to discuss this with you by telephone on Thursday, April 16 at 1:30 p.m.**

        **c.**      **Factual information and alleged facts gathered by investigators from complainants and not given to any decisionmaker should be produced**

The following documents also appear to contain segregable factual information which investigator Regina Diaz did not give to any decision-maker. Instead, Ms. Diaz was listing the allegations she was investigating, which were supplied to the DOL by the complainants and should be produced: USA 226-227, 1931-1932, 2067-68, 2342-2243, 4630-31, 5839-5840, and 6710-11.

The following documents also appear to contain segregable factual information recorded by investigator Regina Diaz, which were not given to any decisionmaker, regarding Sintraporspa's officers: USA 288, 1977, and 4712.

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 18*

The following documents appear to contain segregable factual information relating to Regina Diaz's fact-finding on Plan B, which she did not give to any decisionmaker: 0412, 2010, 5801, and 6264.

Additionally, investigator Robert Rennard authored the following documents which appear to contain segregable factual information, were not given to any decision-maker, and involved a list of the allegations he was investigating, which were supplied to the DOL by the complainants and should be produced: USA 2445, 2462, and 4603. **We would like to discuss all of these documents with you by telephone on Thursday, April 16 at 1:30 p.m.**

> **d.    Factual information and alleged facts gathered by investigators and communicated to other investigators should be produced**

The following documents appear to be emails exchanged between investigators, not shared with any decision-makers, regarding their fact-finding: USA1765, 1845, 1858, 1979, 2438, 4048, 4049, 4052, 4053, 6408, 6409, 6414, 6416, 6421, 6422, 6518, and 6519. If these emails are about fact-finding, they should be produced.  As explained by the D.C. Circuit, "Perhaps the 'facts' as observed and recorded by the Commission's investigative staff differ little from the 'interpretative' or 'evaluative' material. If this is the situation, then the Government has sought to protect too much; it has failed in its obligation to classify and differentiate meaningfully, for certainly not all of this can be characterized as part of the deliberative process." *Vaughn v. Rosen*, 523 F.2d 1136, 1144 (D.C. Cir. 1975). **We would like to discuss all of these documents with you by telephone on Thursday, April 16 at 1:30 p.m.**

> **e.    Several documents showing emails between a fact-finder and possible decisionmaker do not provide information about the decision being made**

The following documents show communication between a fact-finder and decisionmaker, but it is unclear what decision is being made, since the emails appear to be about factual matters: USA 5935, 5936, 5961, 8079, 8081, and 8228.

Will DOL state what decision is being made in these withheld documents? **We look forward to discussing this with you by telephone on Thursday, April 16 at 1:30 p.m.**

>    **f.      The DOL appears to have improperly withheld an email between an
>            investigator and an IT employee troubleshooting phone issues**

There does not appear to be any deliberative process occurring in the email at USA 7716, since it involves a conversation between an investigator and DOL's IT person for the telephone, who is presumably not part of the decision-making process. ILWU believes 7716 should be produced, and **we would like to discuss this with you by telephone on Thursday, April 16 at 1:30 p.m.**

>    **7.     The privilege log DOL produced on 3/30/20 added the investigative files
>           privilege to 81 documents it had previously withheld under only the deliberative
>           process privilege**

DOL has added the "investigative files" privilege to 81 documents on its privilege log sent 3/30/20 that had previously been withheld on the basis of the deliberative process privilege. However, as discussed above, the privilege log does not contain enough information for ILWU to determine how either the purported investigative files privilege or the deliberative process privilege applies to each document, listed in date order:

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 41. | 1952-1954 | 11/28/18 | 3 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft Opening Memo 2018-11-27 |
| 59. | 2004-2006 | 11/28/18 | 3 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft Opening Memo 2018-11-27 |
| 76. | 2122-2139 | 11/28/18 | 18 | DP; IF | Kenric Michel | Bruce Edgington | Email Attachment - Draft Opening Memo 2018-11-28 |
| 111. | 2321-2323 | 11/28/18 | 3 | DP; IF | Regina Diaz and Kenric Michel | Regina Diaz | Email Attachment - Draft Opening Memo 2018-11-27 |
| 420. | 6895-6912 | 12/4/18 | 18 | DP; IF | Lynette Shelton | Radine Legum, Eleanore Simms, Jeffrey Lupardo, Debra Lewis, Juanita | Email Attachment -ILWU Election Case Opening Memorandum |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 20*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| | | | | | | King, Tracy Shanker, and Sharon Hanley | |
| 452. | 7934-7935 | 12/6/18 | 2 | DP; IF | Regina Diaz | Kenric Michel and Tracy Shanker | Email Attachment - Draft ROI 2018-12-06 |
| 470. | 8098-8115 | 12/21/18 | 8 | DP; IF | Lynette Shelton | Tracy Shanker and Sharon Hanley | Email Attachment - ILWU Election Case Opening Memo |
| 52. | 1986-1987 | 1/10/19 | 2 | DP; IF | Tracy Shanker | Bruce Edgington, Kenric Michel, and Jena Raney | Email  - Re: RE: Hand Count - Longshore Election |
| 103. | 2280-2281 | 1/10/19 | 2 | DP; IF | Kenric Michel | Tracy Shanker | Email  - Re: RE: Hand Count - Longshore Election |
| 211. | 4691-4710 | 1/29/19 | 20 | DP; IF | Regina Diaz | Regina Diaz | Email Attachment - Draft ROI 2019-01-08 |
| 65. | 2017-2038 | 1/30/19 | 22 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft ROI 2019-01-08 |
| 67. | 2040-2061 | 1/30/19 | 22 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft ROI 2019-01-08 |
| 71. | 2080-2099 | 1/30/19 | 20 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft ROI 2019-01-08 |
| 85. | 2166-2185 | 1/30/19 | 20 | DP; IF | Regina Diaz and Kenric Michel | Bruce Edgington | Email Attachment - Draft ROI 2019-01-08 |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 21*

| Row # in DOL log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 90. | 2196-2216 | 1/30/19 | 21 | DP; IF | Regina Diaz and Kenric Michel | Bruce Edgington | Email Attachment - Draft ROI 2019-01-08 |
| 118. | 2380-2400 | 1/30/19 | 21 | DP; IF | Regina Diaz and Kenric Michel | Regina Diaz | Email Attachment - Draft ROI 2019-01-08 |
| 226. | 4980-4981 | 1/30/19 | 2 | DP; IF | Regina Diaz | Robert Rennard | Email - Re: RE: ILWU Ballot Recount |
| 247. | 5538-5559 | 1/30/19 | 22 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft ROI 2019-01-08 |
| 4. | 0118-0137 | 1/31/19 | 20 | DP; IF | Regina Diaz | To case file | Electronic File:  Report of Investigation (ROI) prepared by OLMS for review by the National Office and Solicitor's Office |
| 17. | 1819-1840 | 1/31/19 | 22 | DP; IF | Regina Diaz | Kenric Michel | Email Attachment - Draft ROI |
| 117. | 2357-2378 | 1/31/19 | 22 | DP; IF | Regina Diaz and Kenric Michel | Regina Diaz | Email Attachment - Draft ROI 2019-01-08 |
| 268. | 5813-5834 | 1/31/19 | 22 | DP; IF | Regina Diaz and Tracy Shanker | Stephen Willertz and Brian Pifer | Email Attachment - Draft ROI 2019-31-08 |
| 448. | 7903-7924 | 1/31/19 | 22 | DP; IF | Regina Diaz | Tracy Shanker | Email Attachment - Draft ROI 2019-31-08 |
| 360. | 6518 | 2/19/19 | 1 | DP; IF | Tracy Shanker | Regina Diaz | Email - Re: RE: ILWU PCPU Dues Checkoff Report |
| 361. | 6519 | 2/19/19 | 1 | DP; IF | Regina Diaz | Tracy Shanker | Email - Re: RE: ILWU PCPU Dues Checkoff Report |
| 92. | 2221 | 3/8/19 | 1 | DP; IF | Kenric Michel | Regina Diaz and Tracy Shanker | Email - Re: list comparison |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 22*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 439. | 7783 | 3/8/19 | 1 | DP; IF | Tracy Shanker | Regina Diaz and Kenric Michel | Email - Re: cross-reference of documents |
| 137. | 2657-2659 | 3/11/19 | 3 | DP; IF | Tracy Shanker | Regina Diaz and Kenric Michel | Email - Re: cross-reference of documents |
| 138. | 2260 | 3/11/19 | 1 | DP; IF | Tracy Shanker and William Mitchell | Regina Diaz and Kenric Michel | Email Attachment- GovtList Analysis |
| 139. | 2261 | 3/11/19 | 1 | DP; IF | William Mitchell and Tracy Shanker | Regina Diaz and Kenric Michel | Email Attachment- PanamaPorts-Scan Analysis |
| 140. | 2662 | 3/11/19 | 1 | DP; IF | William Mitchell and Tracy Shanker | Regina Diaz and Kenric Michel | Email Attachment- SerList-AllPages Analysis |
| 142. | 2666 | 3/11/19 | 1 | DP; IF | William Mitchell and Tracy Shanker | Regina Diaz and Kenric Michel | Email Attachment- TBL-GovtList-MatchTO-PanamaPortsList-ALL_Listed Analysis |
| 143. | 2667 | 3/11/19 | 1 | DP; IF | William Mitchell and Tracy Shanker | Regina Diaz and Kenric Michel | Email Attachment- TBL-GovtList-MatchTO-SerList-ALL_Listed Analysis |
| 145. | 2671 | 3/11/19 | 1 | DP; IF | William Mitchell and Tracy Shanker | Regina Diaz and Kenric Michel | Email Attachment- TBL-GovtList-MatchTO-PanamaPortsList Analysis |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 23*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 146. | 2672 | 3/11/19 | 1 | DP; IF | William Mitchell and Tracy Shanker | Regina Diaz and Kenric Michel | Email Attachment- TBL-GovtList-MatchTO-SerList Analysis |
| 157. | 3996 | 3/11/19 | 1 | DP; IF | William Mitchell | Regina Diaz | Email Attachment GovtList Analysis |
| 159. | 3999 | 3/11/19 | 1 | DP; IF | William Mitchell | Regina Diaz | Email Attachment- Combined-PanamaPorts-and-SerList Analysis |
| 466. | 8087-8089 | 3/11/19 | 3 | DP; IF | Regina Diaz | William Mitchell, Tracy Shanker, and Kenric Michel | Email - Re: RE: Cross-referencing member data |
| 292. | 6064 | 3/11/19 | 1 | DP; IF | William Mitchell | Tracy Shanker, Stephen Willertz, and William Mitchell | Email Attachment GovtList Analysis |
| 293. | 6065 | 3/11/19 | 1 | DP; IF | William Mitchell | Tracy Shanker, Stephen Willertz, and William Mitchell | Email Attachment- PanamaPorts-Scan Analysis |
| 294. | 6066 | 3/11/19 | 1 | DP; IF | William Mitchell | Tracy Shanker, Stephen Willertz, and William Mitchell | Email Attachment- SerList-AllPages Analysis |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 24*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 296. | 6070 | 3/11/19 | 1 | DP; IF | William Mitchell | Stephen Willertz, Tracy Shanker and William Mitchell | Email Attachment- TBL-GovtList-MatchTO-PanamaPortsList-ALL_Listed  Analysis |
| 297. | 6071 | 3/11/19 | 1 | DP; IF | William Mitchell | Stephen Willertz, Tracy Shanker and William Mitchell | Email Attachment- TBL-GovtList-MatchTO-SerList-ALL_Listed  Analysis |
| 299. | 6074 | 3/11/19 | 1 | DP; IF | William Mitchell | Tracy Shanker, Stephen Willertz, and William Mitchell | Email Attachment- TBL-GovtList-MatchTO-PanamaPortsList Analysis |
| 300. | 6075 | 3/11/19 | 1 | DP; IF | William Mitchell | Tracy Shanker, Stephen Willertz, and William Mitchell | Email Attachment- TBL-GovtList-MatchTO-SerList Analysis |
| 309. | 6161 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: Copy of TBL- GovtList-MatchTO-PanamaPortsList-ALL_Listed Analysis |
| 310. | 6162 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: Copy of TBL-GovtList-MatchTO-SerList-ALL_Listed Analysis |
| 311. | 6163 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: GovtList plus PanamaPorts Analysis |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 25*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 312. | 6164 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: GovtList plus SerList Analysis |
| 313. | 6165 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: GovtList Analysis |
| 314. | 6166 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: PanamaPorts-Scan Analysis |
| 315. | 6167 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: SerList-AllPages Analysis |
| 316. | 6168 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: TBL-GovtList-MatchTO-PanamaPortsList-Analysis |
| 317. | 6169 | 3/11/19 | 1 | DP; IF | William Mitchell | To case file | Electronic File: TBL-GovtList-MatchTO-SerList-Analysis |
| 379. | 6620-6622 | 3/11/19 | 3 | DP; IF | Stephen Willertz | William Mitchell, Tracy Shanker, and Brian Pifer | Email - Re: cross-referencing documents |
| 380. | 6623 | 3/11/19 | 1 | DP; IF | William Mitchell and Stephen Willertz | William Mitchell, Tracy Shanker, and Brian Pifer | Email Attachment - GovtList plus PananaPorts Analysis |
| 26. | 1872-1877 | 3/12/19 | 6 | DP; IF | Tracy Shanker | Regina Diaz and Kenric Michel | Email - Re: cross-referencing documents |
| 136. | 2652-2656 | 3/12/19 | 5 | DP; IF | Tracy Shanker | Regina Diaz and Kenric Michel | Email - Re: cross-reference of documents |
| 180. | 4535-4541 | 3/12/19 | 7 | DP; IF | William Mitchell | Regina Diaz | Email - Re: cross-reference of documents |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 26*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 181. | 4542 | 3/12/19 | 1 | DP; IF | William Mitchell | Regina Diaz | Email Attachment - PanamaPortsWithCedula Analysis |
| 182. | 4543-4549 | 3/12/19 | 7 | DP; IF | William Mitchell | Regina Diaz | Email - Re: cross-reference of documents |
| 183. | 4550-4556 | 3/12/19 | 7 | DP; IF | Tracy Shanker | Regina Diaz | Email - Re: cross-reference of documents |
| 204. | 4657-4662 | 3/12/19 | 6 | DP; IF | Regina Diaz | William Mitchell | Email - Re: cross-reference of documents |
| 205. | 4663 | 3/12/19 | 1 | DP; IF | William Mitchell and Regina Diaz | William Mitchell | Email Attachment- TBL-CedulaMatchesBetween GovtList-AND-SerList Analysis |
| 237. | 5511-5517 | 3/12/19 | 7 | DP; IF | Regina Diaz | William Mitchell | Email - Re: cross-reference of documents |
| 302. | 6084 | 3/12/19 | 1 | DP; IF | William Mitchell | Stephen Willertz, Tracy Shanker, and Brian Pifer | Email Attachment- TBL-CedulaMatchesBetween GovtList-AND-SerList Analysis |
| 303. | 6085-6091 | 3/12/19 | 7 | DP; IF | William Mitchell | Stephen Willertz, Tracy Shanker, Brian Pifer, and Regina Diaz | Email - Re: cross-reference of documents |
| 304. | 6092 | 3/12/19 | 1 | DP; IF | William Mitchell | Stephen Willertz, Tracy Shanker, Brian Pifer, and Regina Diaz | Email Attachment- TBL-GovtListMatch-TO-PanamaPortsList-Updated 3-12-19 Analysis |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 27*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 376. | 6602-6608 | 3/12/19 | 7 | DP; IF | Regina Diaz | Tracy Shanker | Email - Re: cross-reference of documents |
| 377. | 6609-6614 | 3/12/19 | 6 | DP; IF | Stephen Willertz | William Mitchell, Tracy Shanker, and Brian Pifer | Email - Re: cross-reference of documents |
| 378. | 6615-6619 | 3/12/19 | 5 | DP; IF | William Mitchell | Stephen Willertz, Tracy Shanker, and Brian Pifer | Email - Re: cross-reference of documents |
| 404. | 6808-6810 | 3/12/19 | 3 | DP; IF | Regina Diaz | Tracy Shanker | Email - Re: FW: cross-referencing member data |
| 438. | 7777-7782 | 3/12/19 | 6 | DP; IF | Regina Diaz | Tracy Shanker | Email - Re: cross-reference of documents |
| 82. | 2152-2155 | 3/13/19 | 4 | DP; IF | Kenric Michel | Bruce Edgington | Email - Re: FW: cross-referencing member data |
| 83. | 2156 | 3/13/19 | 1 | DP; IF | William Mitchell and Kenric Michel | Bruce Edgington | Email Attachment- TBL-GovtListMatches-TO-Exhibt41-VoterList Analysis |
| 98. | 2245-2248 | 3/13/19 | 4 | DP; IF | Kenric Michel | Bruce Edgington | Email - Re: RE: cross-referencing member data |
| 307. | 6101 | 3/13/19 | 1 | DP; IF | William Mitchell | Regina Diaz, Tracy Shanker, Stephen Willertz, Brian Pifer, and Kenric Michel | Email Attachment- TBL-GovtListMatches-TO-Exhibt41-VoterList Analysis |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 28*

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 359. | 6481 | 3/13/19 | 1 | DP; IF | Tracy Shanker | Regina Diaz | Email - Re: RE: ILWU |
| 160. | 4000-4004 | 3/14/19 | 5 | DP; IF | Tracy Shanker | Regina Diaz | Email - Re: RE: Cross-referencing member data |
| 203. | 4653-4656 | 3/14/19 | 4 | DP; IF | Regina Diaz | Tracy Shanker | Email - Re: FW: Cross-referencing member data |
| 219. | 4770-4773 | 3/14/19 | 4 | DP; IF | Regina Diaz | William Mitchell | Email - Re: RE: cross-referencing member data |

We would like to discuss whether DOL will be providing more information about these documents **by telephone on Thursday, April 16 at 1:30 p.m.**

**8.      As previously noted, DOL is claiming deliberative process privilege on documents dated after its decision to file this lawsuit**

DOL has added the "investigative files" privilege to one document it had previously withheld under the deliberative process privilege. Neither basis for withholding appears to apply, since DOL cannot invoke a purported investigative files privilege in this context, as discussed above, and because this document was created after DOL's decision was made in this case to bring suit against ILWU. Please provide further information on the basis for withholding these 22 pages listed below**, which we would like to discuss with you by telephone on Thursday, April 16 at 1:30 p.m.**:

| Row # in DOL priv. log | USA Bates 000 | Date | Pages with-held | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 358. | 6454-6475 | 5/20/19 | 22 | DP; IF | Regina Diaz and Tracy Shanker | Tambra Leonard | Email Attachment - Draft ROI 2019-31-08x |

*Kim Robinson*
*Re: ILWU's Request for Production Set One*
*April 8, 2020*
*Page 29*

9.     **DOL has apparently redacted personally identifying information from its interview notes**

DOL's 3/30/20 privilege log indicates it has made redactions for "PII" as indicated below:

| Row # in DOL priv. log | USA Bates 000 | Date | Pages redacted | Basis | Author | Sent to | Document Description/Title |
|---|---|---|---|---|---|---|---|
| 1. | 001-106 | 11/29/18-2/27/19 | unknown | PII | Regina Diaz | Memo to file | Investigator's typed and handwritten notes of interviews |

Please provide further information on the PII that was redacted, and why, when we discuss this **by telephone on Thursday, April 16 at 1:30 p.m.**

**Conclusion**

DOL appears to be taking the position that any document created before 4/16/19, the date it decided to file this lawsuit, cannot be produced unless there are segregable facts within the document. However, DOL has not established how each of the hundreds of withheld documents are both predecisional and deliberative. *Bay Area Lawyers* at 1297. We look forward to receiving answers to the specific documents addressed in this letter, and more information about how each of the documents DOL is withholding meet the deliberative process privilege elements **by telephone on Thursday, April 16 at 1:30 p.m.**

Very truly yours,
LEONARD CARDER, LLP

By: _____
Eleanor Morton

_____
Tanya Smith