# EXHIBIT 17

# Tanya Smith

| | |
|---|---|
| **From:** | Brakebill, Kenneth (USACAN) <Kenneth.Brakebill@usdoj.gov> |
| **Sent:** | Wednesday, April 29, 2020 12:52 PM |
| **To:** | Eleanor Morton; Tanya Smith |
| **Cc:** | Robinson, Kimberly (USACAN) |
| **Subject:** | Meet and confer correspondence: ILWU RFPs |

Dear Eleanor and Tanya.

I am reaching out with an update on Plaintiff's efforts to respond to your recent April 8, 2020 letter to Kim and me concerning DOL's responses to ILWU's requests for production. As you know, this letter was quite lengthy in asserting a multitude of issues over the course of 29 pages, challenging hundreds of documents and the basis for privilege.  This is to let you know that we have been working dutifully to respond and have for two plus weeks been in the process of conducting another re-review of all withheld documents and revising the privilege log.  The agency is also preparing a declaration that we will submit to you, upon completion, explaining the assertions that remain.  While we had hoped to complete all this by today, that will not be possible.  I will provide an update to you by a week from today, but in the interim our plan is to make rolling productions of documents in a show of good faith that we are moving this along.  With that said, it will not be helpful or efficient to start receiving meet and confer correspondence piecemeal in the interim as these productions occur. They will only serve to deter our efforts to complete our response efforts.  Alternatively, if you would prefer that we simply make one production when we have completed our efforts, we can do that do too.  Just let me know.

Thanks,
Ken



Ken Brakebill | Assistant U.S. Attorney | Northern District of California |
450 Golden Gate Ave. | Box 36055 | San Francisco, CA 94102 |
T:  415.436.7167 | kenneth.brakebill@usdoj.gov