# EXHIBIT 18



SAN FRANCISCO OFFICE
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010
www.leonardcarder.com

File No. 777-2

May 1, 2020

*Via Electronic Mail*

Kimberly Robinson, Assistant U.S. Attorney
Northern District of California
1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Kimberly.Robinson3@usdoj.gov

Kenneth Brakebill, Assistant U.S. Attorney
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Kenneth.Brakebill@usdoj.gov

  **Re:**   *Scalia v. ILWU*

Dear Kim and Ken:

  We are writing in response to your letter of 4/17 and your email of 4/29.

  First, as to Ken's 4/29 email regarding DOL's further document production, we agree to DOL's plan to make rolling productions. Please let us know DOL's anticipated schedule for its final rolling production. Will DOL also be updating its privilege log and language used in its verifications?

  Second, as to the issues you raise in your 4/17 letter about ILWU's responses to DOL's discovery requests, we will be providing amended and supplemental responses to DOL's interrogatories. We will also provide verifications. Completion of this work will require additional time. We will provide amended and supplemental responses by May 15. Please note that while we stand by our objections that many of the interrogatories are vague, ambiguous, overbroad, compound and/or argumentative, we have not withheld information on those bases.

  As for ILWU's document production, we continue to disagree that ILWU has failed to meet its obligation under Rule 34(b)(2)(E)(i). Notwithstanding our position and the fact that you did not raise concerns about ILWU's production until months into the process, we are willing to work with you. ILWU will agree to reproduce all ILWU documents in a searchable format with metadata included. We believe this more than meets ILWU's obligation under the law in this District. *E.g., 3M Co. v. Kanbar*, No. C06-01225JWHRL, 2007 WL 1725448, at *3 (N.D. Cal. June 14, 2007) (declining to order plaintiff to organize and label documents and instead ordering reproduction of ESI in a "reasonably usable format"); *Venture Corp. Ltd. v. Barrett*, No. 5:13-CV-03384-PSG, 2014 WL 5305575, at *3 (N.D. Cal. Oct. 16, 2014) (ordering defendant to *either* organize and label documents *or* produce searchable load files with metadata).

  We have reviewed the caselaw you cite and we do not agree that it requires a party to match or organize documents according to the numbers of specific and overlapping requests, particularly where a party produces metadata as we propose. The Central District case you cite in your letter

*Re: Scalia v. ILWU*
*May 1, 2020*
*Page 2*

recognizes that our proposal is an appropriate method. *City of Colton v. Am. Promotional Events, Inc.,* 277 F.R.D. 578, 585 (C.D. Cal. 2011).

You also argue that the search terms we used are too limiting. Again, we disagree. But since we are proposing to re-produce documents anyway, we are willing to consider a modest supplemental search. If DOL is amenable to our proposal on re-production of documents with metadata included, then we suggest the parties set up a call to (1) identify and work through any technical issues related to the production format and (2) attempt to reach agreement on any supplemental search terms. Please let us know if you agree to proceed as we propose.

Very truly yours,

LEONARD CARDER, LLP

By: _____
Eleanor Morton

opeiu-29-afl-cio(268)/NB