# EXHIBIT 21

**Department of Labor (DOL) Staff Members Listed in Updated July 10, 2020 Privilege Log**
*re: Responses to ILWU's Request for Production Set One, Requests 1 and 2*

**Office of Labor Management Standards (OLMS)**

<u>OLMS San Francisco-Seattle District Office</u>
Bruce Edgington, District Director
Kenric Michel, Supervisory Investigator
Regina Diaz, Senior Investigator

<u>OLMS New York District Office</u>
Gregg Cautero, Investigator
Robert Rennard, Senior Investigator
Jeff Sorrento, Investigator

<u>OLMS Western Regional Office</u>
Jena de Mers Raney, Regional Director

<u>OLMS National Office</u>
Andrew Auerbach, Acting Director and Deputy Director
Stephen Willertz, Director, Office of Field Operations
Brian Pifer, Chief, OLMS Division of Enforcement
Meg Ferris, Investigator, OLMS Division of Enforcement
Tracy Shanker, Investigator, OLMS Division of Enforcement
William Mitchell, Computer Cadre Enforcement Coordinator (now retired)


**Office of the Solicitor**

Kate O'Scannlain, Solicitor of Labor
Katherine Bissell, Deputy Solicitor of Labor
Jamila Gleason, Senior Attorney

<u>Office of the Solicitor – Civil Rights and Labor-Management Division (CRLM)</u>
(Legal Counsel to OLMS)
Beverly Dankowitz, Associate Solicitor
Radine Legum, Deputy Associate Solicitor
Eleanore Simms, Counsel for Labor-Management and Civil Rights Policy
Jeffrey Lupardo, Counsel for Labor-Management and Civil Rights Enforcement
Tambra Leonard, Senior Attorney
Austin Case, Attorney
Diane McCants, Paralegal

<u>San Francisco Regional Office of the Solicitor</u>

Janet Herold, Regional Solicitor

# Tanya Smith

| | |
|---|---|
| **From:** | Luz, Christina (USACAN) <Christina.Luz@usdoj.gov> |
| **Sent:** | Friday, July 10, 2020 7:17 PM |
| **To:** | Eleanor Morton |
| **Cc:** | Nicole Bridges; Tanya Smith; Robinson, Kimberly (USACAN); Brakebill, Kenneth (USACAN); Lindsay Nicholas |
| **Subject:** | Scalia v. ILWU |
| **Attachments:** | CERTIFICATE OF SERVICE_PIFER.pdf; Pifer declaration 7-10-20 Final signed.pdf; ILWU Privilege Log 20200710 Final.pdf; DOL Staff Members Listed in ILWU Priv Log 7-10-20.pdf |

Dear Ms. Morton,

Please see the attached Declaration, Privilege Log and DOL Staff Member List for the above referenced matter.

Best,

Christina

---

**From:** Luz, Christina (USACAN)
**Sent:** Wednesday, June 10, 2020 12:49 PM
**To:** Eleanor Morton <emorton@leonardcarder.com>
**Cc:** Nicole Bridges <nbridges@leonardcarder.com>; Tanya Smith <tsmith@leonardcarder.com>; Robinson, Kimberly (USACAN) <KRobinson@usa.doj.gov>; Brakebill, Kenneth (USACAN) <KBrakebill@usa.doj.gov>; Lindsay Nicholas <lnicholas@leonardcarder.com>
**Subject:** Scalia v. ILWU

Dear Ms. Morton,

Please see the attached Deposition Notices for the above referenced matter.

Best,

Christina