# EXHIBIT 23

| | |
|---|---|
| **From:** | Nicole Bridges |
| **Sent:** | Friday, July 17, 2020 3:08 PM |
| **To:** | Robinson, Kimberly (USACAN); Brakebill, Kenneth (USACAN) |
| **Cc:** | Eleanor Morton; Lindsay Nicholas; Tanya Smith; Christina.Luz@usdoj.gov |
| **Subject:** | CONFIDENTIAL | Scalia v. ILWU |
| **Attachments:** | ILWU 00022866-ILWU 00022870 - CONFIDENTIAL.PDF; ILWU 00022871-ILWU 00022875 - CONFIDENTIAL.PDF; ILWU 00022876-ILWU 00022880 - CONFIDENTIAL.PDF; ILWU 00022881-ILWU 00022885 - CONFIDENTIAL.PDF; ILWU 00022886-ILWU 00022891 - CONFIDENTIAL.PDF; ILWU 00022892-ILWU 00022895 - CONFIDENTIAL.PDF |

Dear Counsel:

Attached please find confidential documents responsive to Plaintiff's requests for production, Bates-labeled ILWU 00022866-0022895, in the above-referenced case.

Thank you,

*Nicole Bridges* | Leonard Carder, LLP
ASSISTANT TO ELEANOR MORTON, ESQ.
1188 Franklin Street, Suite 201 | San Francisco, CA 94109
Tel (415) 771-6400 | Fax (415) 771-7010 | nbridges@leonardcarder.com

Notice: This email and its attachments are confidential and may contain information that is attorney-client privileged, attorney work product, protected health information that is subject to HIPAA privacy and security guidelines, or otherwise legally exempt from disclosure. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message or any attachments is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately at 415-771-6400 and destroy all copies of this message and any attachments (electronic, paper or otherwise).