ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    kenneth.brakebill@usdoj.gov

Attorneys for Plaintiff
JULIE A. SU

Michael E. Plank (SBN 290943)
Jason Wojciechowski (SBN 263911)
BUSH GOTTLIEB
801 North Brand Blvd., Suite 950
Glendale, CA 91203
Tel: (818) 973-9200
mplank@bushgottlieb.com

Lindsay R. Nicholas (SBN 273063)
International Longshore and Warehouse Union
1188 Franklin Street, 4th Floor
San Francisco, CA 94109
Telephone: (415) 775-0533
Facsimile: (415) 775-1302
lindsay.nicholas@ilwu.org

Attorneys for Defendant
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br>　　　　Defendant. | CASE NO.: 4:19-cv-02103-DMR <br><br> **[PROPOSED] ORDER** |

///

///

[PROPOSED] ORDER
4:19-CV-02103 DMR

IT IS HEREBY ORDERED that given the unpredictability of international discovery, this case is administratively closed, with joint status reports due every 180 days, starting on December 9, 2024. Either party may at any time request that the Court reopen the case and file a realistic proposed case schedule through trial, including resuming domestic discovery, for example, if the party receives information regarding the Letters Rogatory process that it believes would allow the Court to set a case schedule through trial, or if the Court receives a formal response to the Letters Rogatory from the Republic of Panama.

Dated: _____, 2024   _____
DONNA M. RYU
Chief United States Magistrate Judge

[PROPOSED] ORDER
4:19-CV-02103 DMR