ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Plaintiff
JULIE A. SU

Michael E. Plank (SBN 290943)
Jason Wojciechowski (SBN 263911)
BUSH GOTTLIEB
801 North Brand Blvd., Suite 950
Glendale, CA 91203
Tel: (818) 973-9200
mplank@bushgottlieb.com

Lindsay R. Nicholas (SBN 273063)
International Longshore and Warehouse Union
1188 Franklin Street, 4th Floor
San Francisco, CA 94109
Telephone: (415) 775-0533
Facsimile: (415) 775-1302
lindsay.nicholas@ilwu.org

Attorneys for Defendant
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | CASE NO.: 4:19-cv-02103-DMR <br><br> **DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1.      I am an Assistant United States Attorney and represent plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Plaintiff"), in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' proposed order ("Proposed Order") filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.      Following the Court's order dated June 21, 2024 directing the parties to "file a proposed

IYENGAR DECL.
4:19-CV-02103 DMR

order regarding their joint request to administratively close the case and to provide periodic case status reports, as detailed in their case management conference statement," ECF No. 183, I met and conferred with counsel for defendant International Longshore and Warehouse Union ("Defendant") regarding the Proposed Order by email on June 22, 24, and 25, 2024. On June 24, 2024, I sent a draft of the Proposed Order to Defendant's counsel and on June 25, 2024, Defendant's counsel gave me his permission to file it.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 25th day of June, 2024, in San Francisco, California.

DATED: June 25, 2024

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

IYENGAR DECL.
4:19-CV-02103 DMR