CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    kenneth.brakebill@usdoj.gov

Attorneys for Plaintiff
LORI CHAVEZ-DEREMER

Michael E. Plank (SBN 290943)
Jason Wojciechowski (SBN 263911)
BUSH GOTTLIEB
801 North Brand Blvd., Suite 950
Glendale, CA 91203
Tel: (818) 973-9200
mplank@bushgottlieb.com

Lindsay R. Nicholas (SBN 273063)
International Longshore and Warehouse Union
1188 Franklin Street, 4th Floor
San Francisco, CA 94109
Telephone: (415) 775-0533
Facsimile: (415) 775-1302
lindsay.nicholas@ilwu.org

Attorneys for Defendant
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor,[1]

    Plaintiff,

    v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 4:19-cv-02103-DMR

**JOINT STATUS REPORT**

Honorable Donna M. Ryu

    Pursuant to this Court's Order dated June 25, 2024 ("Order"), ECF No. 185, plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor, and defendant International Longshore and Warehouse Union, respectfully submit this joint statement.

    In the Order, the Court administratively closed this case given the unpredictability of international discovery and ordered the parties to submit joint status reports due every 180 days, starting

---

[1] By operation of Federal Rule of Civil Procedure 25(d), plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor, is automatically substituted as plaintiff for former Acting Secretary of Labor Julie A. Su.

on December 9, 2024.  ECF No. 185 at 2.  The Court also permitted either party to "at any time request that the Court reopen the case and file a realistic proposed case schedule through trial, including resuming domestic discovery, for example, if the party receives information regarding the Letters Rogatory process that it believes would allow the Court to set a case schedule through trial, or if the Court receives a formal response to the Letters Rogatory from the Republic of Panama."  *Id.*

In their first joint status report on December 9, 2024, ECF No. 186, the parties respectfully reported that the Republic of Panama appeared to have completed the Letters Rogatory process to the extent possible on its end; that the Labor Court forwarded the file to the Supreme Court of Panama, which forwarded the file to the Ministry of Foreign Affairs to send to the United States; and that the Ministry of Foreign Affairs then sent the file through ABC Legal, the United States' contractor for service requests under the Hague Service Convention, which delivered the file to the San Jose Division of the United States District Court for the Northern District of California.  The parties reported further that they were currently working on locating these documents and determining next steps, which would include routing them to this Court and the parties, determining their volume, and arranging for their translation from Spanish into English.

In their second joint status report, ECF No. 187, the parties reported that they had worked together to locate the documents, totaling approximately 1,683 pages, and to establish a process for vendors to collect, scan, and translate them into English, and distribute copies of the scanned documents and final translations to the parties.  The parties requested that this matter remain administratively closed until their next joint status report on December 8, 2025, and that "[a]t that time, the parties will provide an update to the Court regarding their efforts, and include, if possible, a realistic joint proposed case schedule through trial that, as the parties have previously noted, will provide for further domestic discovery, including previously agreed-upon depositions at mutually convenient times."  *Id.*

In their third joint status report, ECF No. 188, the parties reported that the documents received from the Ministry of Foreign Affairs had been translated into English, but given the impact of the approximately 43-day lapse in appropriations to the Department of Justice and Department of Labor, the parties respectfully requested that that the matter remain administratively closed through their next joint status report, which the Court set for February 6, 2026.  ECF Nos. 188–189.  The parties noted that, at

that time, they would "provide an update to the Court and include, if possible, a realistic joint proposed case schedule through trial that, as the parties have previously noted, will provide for further domestic discovery, including previously agreed-upon depositions at mutually convenient times, to be completed within 90 days from the date the Court reopens the case (subject to any stays of this action to the extent the parties reengage the Honorable Magistrate Judge Robert M. Illman for additional settlement discussions)."  ECF No. 188.

Since the date of their last joint status report, the parties have reengaged Judge Illman and are working to schedule a further settlement conference in the coming months.  The parties therefore respectfully request that this matter remain administratively closed through their next joint status report, which the parties propose submitting two weeks after the date of their anticipated settlement conference, and which will include, if applicable, a realistic joint proposed case schedule through trial.  If the settlement conference does not occur within the next 90 days, the parties will submit a joint status update to the Court in 90 days, on May 7, 2026.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: February 4, 2026        By:    */s/ Savith Iyengar*
                                        SAVITH IYENGAR
                                        Assistant United States Attorney

                                        Attorney for Plaintiff


                                        BUSH GOTTLIEB

Dated: February 4, 2026        By:    ***/s/ Michael E. Plank*
                                        MICHAEL E. PLANK

                                        Attorneys for Defendant

                                        ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of this
                                        document has obtained approval from this signatory.

JOINT STATUS REPORT
4:19-CV-02103 DMR                                3